**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LY BERDITCHEV CORP.,<br><br>Plaintiff,<br><br>v.<br><br>TRUSS COSMETICS CORP. and LOMA LICENCIAMENTO DE MARCAS LTDA,<br><br>Defendants. | **Civil Action No. ____________**<br><br>**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>**FILED UNDER SEAL** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Plaintiff LY Berditchev Corporation ("Plaintiff"), states that Plaintiff has no parent corporation and there is no publicly held corporation that owns ten percent or more of Plaintiff.

Dated: June 23, 2022

Respectfully submitted,

TARTER KRINSKY & DROGIN LLP

By: s/ Mark Berkowitz
Mark Berkowitz
1350 Broadway
New York, NY 10018
Tel.: (212) 216-8000
Fax: (212) 216-8001
E-mail: mberkowitz@tarterkrinsky.com

***Attorneys for Plaintiff***