**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LY BERDITCHEV CORP,<br><br>Plaintiff,<br><br>vs.<br><br>TRUSS COSMETICS CORP.,<br><br>Defendants. | Civil Action No. 2:22-CV-04242<br><br>**CERTIFICATION OF R. SCOTT FAHRNEY, ESQ.,** |

I, R. Scott Fahrney, Esq., of full age and sound mind, hereby certifies as follows:

1. The law firm of DeCotiis, FitzPatrick, Cole & Giblin, LLP has been retained to represent the Defendants, TRUSS COSMETICS CORP. and LOMA LICENCIMENTO DE MARCAS LTDA (hereinafter referred to as "Defendants" or "TRUSS"), with respect to the above-referenced matter.
2. As a Partner of the law firm of DeCotiis, FitzPatrick, Cole & Giblin, LLP, the above-referenced matter has been entrusted to me. As such, I am fully familiar with the facts relative hereto.
3. This certification is in support of the Defendants' Motion to Dismiss the Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6).
4. Attached hereto as Exhibit 1, is a true and complete copy Amazon Services Business Solutions Agreement.
5. Attached hereto as Exhibit 2, is a true and complete copy of Product Detail Page Rules from Amazon Seller Central.

6. Attached hereto as Exhibit 3, is a true and complete copy of Amazon's ASIN creation policy from Amazon Seller Central.
7. Attached hereto as Exhibit 4, is a true and complete copy of Truss' United States Trademark Registration Number 86410394.
8. Attached hereto as Exhibit 5, is a true and correct copy of ASIN B08B4VCFLX from Amazon.com relative to the Truss Ultra Hydration Plus Product, 10.14 ounces.
9. Attached hereto as Exhibit 6, is a true and correct copy of ASIN B077C3K3Y6 from Amazon.com relative to the Truss Ultra Hydration Plus Conditioner.
10. Attached hereto as Exhibit 7, is a true and correct copy of ASIN B08B4TS7NS from Amazon.com listing the Truss Deluxe Prime Champagne Blond Treatment, 8.79 ounces.
11. Attached hereto as Exhibit 8, is a true and correct copy of ASIN B077BWZJKN from Amazon.com relative to the Truss Deluxe Prime Champagne Blond Hair Toner.
12. Attached hereto as Exhibit 9, is a true and correct copy of the Truss Brand Registry Submission History as to Complaint id 10193520861.
13. Attached hereto as Exhibit 10, is a true and correct copy of the Amazon Brand Registry Report a Violation page.
14. Attached hereto as Exhibit 11, is a true and correct copy of the Amazon Brand Registry relative to the Entire Selected ASIN.
15. Attached hereto as Exhibit 12, is a true and correct copy of the Amazon Brand Registry relative to the Specific Seller Offer.
16. Attached hereto as Exhibit 13, is a true and correct copy of the Amazon Brand Registry relative to the ASIN Level Infringement Bases.

17. Attached hereto as Exhibit 14, is a true and correct copy of the Amazon Brand Registry relative to the Specific Seller Level Infringement Bases.
18. Attached hereto as Exhibit 15, is a true and correct copy of the Amazon Brand Registry Restricted Bases Explanation as to Seller Specific Allegations.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**DECOTIIS FITZPATRICK, COLE & GIBLIN, LLP**
90 East Halsey Road, Suite 385
Parsippany, New Jersey 07054
973-585-6254
sfahrney@decotiislaw.com
Attorneys for Defendants TRUSS COSMETICS CORP. and LOMA LICENCIMENTO DE MARCAS LTDA

Dated: August 2, 2022 R. Scott Fahrney, Esq.

# Exhibit 1

This article applies to selling in: **United States**



# Amazon Services Business Solutions Agreement

The version of this Agreement in English is the definitive legal version. A translation into Chinese is available for your ease of reference.

**General Terms**

Welcome to **Amazon Services Business Solutions**, a suite of optional services for sellers including: Selling on Amazon, Fulfillment by Amazon, Amazon Advertising, Transaction Processing Services, and the Selling Partner API.

THIS AMAZON SERVICES BUSINESS SOLUTIONS AGREEMENT (THE **"AGREEMENT"**) CONTAINS THE TERMS AND CONDITIONS THAT GOVERN YOUR ACCESS TO AND USE OF THE SERVICES AND IS AN AGREEMENT BETWEEN YOU OR THE BUSINESS YOU REPRESENT AND AMAZON. BY REGISTERING FOR OR USING THE SERVICES, YOU (ON BEHALF OF YOURSELF OR THE BUSINESS YOU REPRESENT) AGREE TO BE BOUND BY THE TERMS OF THIS AGREEMENT, INCLUDING THE SERVICE TERMS AND PROGRAM POLICIES THAT APPLY FOR EACH COUNTRY FOR WHICH YOU REGISTER OR ELECT TO USE A SERVICE (IN EACH CASE, THE **"ELECTED COUNTRY"**).

As used in this Agreement, **"we," "us,"** and **"Amazon"** means the applicable Amazon Contracting Party and any of its applicable Affiliates, and **"you"** means the applicant (if registering for or using a Service as an individual), or the business employing the applicant (if registering for or using a Service as a business) and any of its Affiliates. Capitalized terms have the meanings given to them in this Agreement. If there is any conflict between these General Terms and the applicable Service Terms and Program Policies, the

General Terms will govern and the applicable Service Terms will prevail over the Program Policies.

1. **Enrollment.**

To begin the enrollment process, you must complete the registration process for one or more of the Services. Use of the Services is limited to parties that can lawfully enter into and form contracts under applicable Law (for example, the Elected Country may not allow minors to use the Services). As part of the application, you must provide us with your (or your business') legal name, address, phone number and e-mail address, as well as any other information we may request. Any personal data you provide to us will be handled in accordance with Amazon's Privacy Notice.

2. **Service Fee Payments; Receipt of Sales Proceeds.**

Fee details are described in the applicable Service Terms and Program Policies. You are responsible for all of your expenses in connection with this Agreement. To use a Service, you must provide us with valid credit card information from a credit card or credit cards acceptable by Amazon (**"Your Credit Card"**) as well as valid bank account information for a bank account or bank accounts acceptable by Amazon (conditions for acceptance may be modified or discontinued by us at any time without notice) (**"Your Bank Account"**). You will use only a name you are authorized to use in connection with a Service and will update all of the information you provide to us in connection with the Services as necessary to ensure that it at all times remains accurate, complete, and valid. You authorize us (and will provide us documentation evidencing your authorization upon our request) to verify your information (including any updated information), to obtain credit reports about you from time to time, to obtain credit authorizations from the issuer of Your Credit Card, and to charge Your Credit Card or debit Your Bank Account for any sums payable by you to us (in reimbursement or otherwise). All payments to you will be remitted to Your Bank Account through a banking network or by other means specified by us.

**If we determine that your actions or performance may result in returns, chargebacks, claims, disputes, violations of our terms or policies, or other risks to Amazon or third parties, then we may in our sole discretion withhold any payments to you for as long as we determine any related risks to Amazon or third parties persist. For any amounts that we determine you owe us, we may (a) charge Your Credit Card or any other payment instrument you provide to us; (b) offset any amounts that are payable by you to us (in reimbursement or otherwise) against any payments we may make to you or amounts we may owe you; (c) invoice you for amounts due to us, in which case you will pay the invoiced**

**amounts upon receipt; (d) reverse any credits to Your Bank Account; or (e) collect payment or reimbursement from you by any other lawful means. If we determine that your account—or any other account you have operated —has been used to engage in deceptive, fraudulent, or illegal activity (including the sale of counterfeit goods), or to repeatedly violate our Program Policies, then we may in our sole discretion permanently withhold any payments to you.** Except as provided otherwise, all amounts contemplated in this Agreement will be expressed and displayed in the Local Currency, and all payments contemplated by this Agreement will be made in the Local Currency.

In addition, we may require that you pay other amounts to secure the performance of your obligations under this Agreement or to mitigate the risk of returns, chargebacks, claims, disputes, violations of our terms or policies, or other risks to Amazon or third parties. These amounts may be refundable or nonrefundable in the manner we determine, and failure to comply with terms of this Agreement, including any applicable Program Policies, may result in their forfeiture.

As a security measure, we may, but are not required to, impose transaction limits on some or all customers and sellers relating to the value of any transaction or disbursement, the cumulative value of all transactions or disbursements during a period of time, or the number of transactions per day or other period of time. We will not be liable to you: (i) if we do not proceed with a transaction or disbursement that would exceed any limit established by us for a security reason, or (ii) if we permit a customer to withdraw from a transaction because an Amazon Site or Service is unavailable following the commencement of a transaction.

3. **Term and Termination.**

The term of this Agreement will start on the date of your completed registration for use of a Service and continue until terminated by us or you as provided below. You may at any time terminate your account or this Agreement immediately on notice to us via Seller Central, email, the Contact Us form, or similar means. We may terminate your account or this Agreement for convenience with 30 days' advance notice. We may suspend or terminate your account or this Agreement immediately if we determine that (a) you have materially breached the Agreement and failed to cure within 7 days of a cure notice unless your breach exposes us to liability toward a third party, in which case we are entitled to reduce, or waive, the aforementioned cure period at our reasonable discretion; (b) your account has been, or our controls identify that it may be used for deceptive or fraudulent, or illegal activity; (c) your use of the Services has harmed, or our controls identify that

it might harm, other sellers, customers, or Amazon's legitimate interests; or (d) your Account Health Rating falls below our published threshold(s) for deactivation. We will promptly notify you of any such termination or suspension via email or similar means including Seller Central, indicating the reason and any options to appeal, except where we have reason to believe that providing this information will hinder the investigation or prevention of deceptive, fraudulent, or illegal activity, or will enable you to circumvent our safeguards. On termination of this Agreement, all related rights and obligations under this Agreement immediately terminate, except that (d) you will remain responsible for performing all of your obligations in connection with transactions entered into before termination and for any liabilities that accrued before or as a result of termination, and (e) Sections 2, 3, 4, 5, 6, 7, 8, 9, 11, 14, 15, and 18 of these General Terms survive.

4. **License.**

You grant us a royalty-free, non-exclusive, worldwide right and license for the duration of your original and derivative intellectual property rights to use any and all of Your Materials for the Services or other Amazon product or service, and to sublicense the foregoing rights to our Affiliates and operators of Amazon Associated Properties; provided, however, that we will not alter any of Your Trademarks from the form provided by you (except to re-size trademarks to the extent necessary for presentation, so long as the relative proportions of such trademarks remain the same) and will comply with your removal requests as to specific uses of Your Materials (provided you are unable to do so using standard functionality made available to you via the applicable Amazon Site or Service); provided further, however, that nothing in this Agreement will prevent or impair our right to use Your Materials without your consent to the extent that such use is allowable without a license from you or your Affiliates under applicable Law (e.g., fair use under United States copyright law, referential use under trademark law, or valid license from a third party).

5. **Representations.**

Each party represents and warrants that: (a) if it is a business, it is duly organized, validly existing and in good standing under the Laws of the country in which the business is registered and that you are registering for the Service(s) within such country; (b) it has all requisite right, power, and authority to enter into this Agreement, perform its obligations, and grant the rights, licenses, and authorizations in this Agreement; (c) any information provided or made available by one party to the other party or its Affiliates is at all times accurate and complete; (d) it is not subject to sanctions or otherwise designated on any list of prohibited or restricted parties or owned or controlled by such a party, including but not limited to the lists

maintained by the United Nations Security Council, the US Government (e.g., the US Department of Treasury's Specially Designated Nationals list and Foreign Sanctions Evaders list and the US Department of Commerce's Entity List), the European Union or its member states, or other applicable government authority; and (e) it will comply with all applicable Laws in performance of its obligations and exercise of its rights under this Agreement.

6. **Indemnification.**

**6.1 Your indemnification obligations**. You will defend, indemnify, and hold harmless Amazon, and our officers, directors, employees, and agents, against any third-party claim, loss, damage, settlement, cost, expense, or other liability (including, without limitation, attorneys' fees) (each, a "Claim") arising from or related to (a) your non-compliance with applicable Laws; (b) Your Products, including the offer, sale, fulfillment (except to the extent attributable to the FBA service), refund, cancellation, return, or adjustments thereof, Your Materials, any actual or alleged infringement of any Intellectual Property Rights by any of the foregoing, and any personal injury, death (to the extent the injury or death is not caused by Amazon), or property damage related thereto; (c) Your Taxes and duties or the collection, payment, or failure to collect or pay Your Taxes or duties, or the failure to meet tax registration obligations or duties; or (d) actual or alleged breach of any representations you have made.

**6.2 Amazon's indemnification obligations**. Amazon will defend, indemnify, and hold harmless you and your officers, directors, employees, and agents against any third-party Claim arising from or related to: (a) Amazon's non-compliance with applicable Laws; or (b) allegations that the operation of an Amazon Site infringes or misappropriates that third party's intellectual property rights.

**6.3 Process**. If any indemnified Claim might adversely affect us, we may, to the extent permitted by applicable Law, voluntarily intervene in the proceedings at our expense. No party may consent to the entry of any judgment or enter into any settlement of an indemnified Claim without the prior written consent of the other party, which may not be unreasonably withheld; except that a party may settle any claim that is exclusively directed at and exclusively affects that party.

7. **Disclaimer & General Release.**

**a.** THE AMAZON SITES AND THE SERVICES, INCLUDING ALL CONTENT, SOFTWARE, FUNCTIONS, MATERIALS, AND INFORMATION MADE AVAILABLE

ON OR PROVIDED IN CONNECTION WITH THE SERVICES, ARE PROVIDED "AS-IS." AS A USER OF THE SERVICES, YOU USE THE AMAZON SITES, THE SERVICES, AND SELLER CENTRAL AT YOUR OWN RISK. EXCEPT THOSE SET FORTH IN SECTION 5 ABOVE, TO THE FULLEST EXTENT PERMISSIBLE BY LAW, WE AND OUR AFFILIATES DISCLAIM: (i) ANY REPRESENTATIONS OR WARRANTIES REGARDING THIS AGREEMENT, THE SERVICES OR THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT; (ii) IMPLIED WARRANTIES ARISING OUT OF COURSE OF DEALING, COURSE OF PERFORMANCE, OR USAGE OF TRADE; AND (iii) ANY OBLIGATION, LIABILITY, RIGHT, CLAIM, OR REMEDY IN TORT, WHETHER OR NOT ARISING FROM OUR NEGLIGENCE. WE DO NOT WARRANT THAT THE FUNCTIONS CONTAINED IN THE AMAZON SITES AND THE SERVICES WILL MEET YOUR REQUIREMENTS OR BE AVAILABLE, TIMELY, SECURE, UNINTERRUPTED, OR ERROR FREE, AND WE WILL NOT BE LIABLE FOR ANY SERVICE INTERRUPTIONS, INCLUDING BUT NOT LIMITED TO SYSTEM FAILURES OR OTHER INTERRUPTIONS THAT MAY AFFECT THE RECEIPT, PROCESSING, ACCEPTANCE, COMPLETION, OR SETTLEMENT OF ANY TRANSACTIONS.

**b.** BECAUSE AMAZON IS NOT INVOLVED IN TRANSACTIONS BETWEEN CUSTOMERS AND SELLERS OR OTHER PARTICIPANT DEALINGS, IF A DISPUTE ARISES BETWEEN ONE OR MORE PARTICIPANTS, EACH PARTICIPANT RELEASES AMAZON (AND ITS AGENTS AND EMPLOYEES) FROM CLAIMS, DEMANDS, AND DAMAGES (ACTUAL AND CONSEQUENTIAL) OF EVERY KIND AND NATURE, KNOWN AND UNKNOWN, SUSPECTED AND UNSUSPECTED, DISCLOSED AND UNDISCLOSED, ARISING OUT OF OR IN ANY WAY CONNECTED WITH SUCH DISPUTES.

8. **Limitation of Liability.**

WE WILL NOT BE LIABLE (WHETHER IN CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE, PRODUCT LIABILITY, OR OTHER THEORY), OR OTHERWISE) TO YOU OR ANY OTHER PERSON FOR COST OF COVER, RECOVERY, OR RECOUPMENT OF ANY INVESTMENT MADE BY YOU OR YOUR AFFILIATES IN CONNECTION WITH THIS AGREEMENT, OR FOR ANY LOSS OF PROFIT, REVENUE, BUSINESS, OR DATA OR PUNITIVE OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR RELATING TO THIS AGREEMENT, EVEN IF AMAZON HAS BEEN ADVISED OF THE POSSIBILITY OF THOSE COSTS OR DAMAGES. FURTHER, OUR AGGREGATE LIABILITY ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT OR THE TRANSACTIONS CONTEMPLATED WILL NOT EXCEED AT ANY TIME THE TOTAL AMOUNTS DURING THE PRIOR SIX MONTH PERIOD PAID BY YOU TO AMAZON IN CONNECTION WITH THE PARTICULAR SERVICE GIVING RISE TO THE CLAIM.

9. **Insurance.**

If the gross proceeds from Your Transactions exceed the applicable Insurance Threshold during any month if the Elected Country is the United States, or each month over any period of three (3) consecutive months if the Elected Country is Canada or Mexico, or otherwise if requested by us, then within thirty (30) days thereafter, you will maintain at your expense throughout the remainder of the Term for each applicable Elected Country commercial general, umbrella or excess liability insurance with the Insurance Limits per occurrence and in aggregate covering liabilities caused by or occurring in conjunction with the operation of your business, including products, products/completed operations and bodily injury, with policy(ies) naming Amazon and its assignees as additional insureds. At our request, you will provide to us certificates of insurance, the full insurance policy, or other documents we may request for the coverage to the following address: c/o Amazon, P.O. Box 81226, Seattle, WA 98108-1226, Attention: Risk Management.

10. **Tax Matters.**

As between the parties, you will be responsible for the collection, reporting, and payment of any and all of Your Taxes, except to the extent that (i) Amazon automatically calculates, collects, or remits taxes on your behalf according to applicable law; or (ii) Amazon expressly agrees to receive taxes or other transaction-based charges on your behalf in connection with tax calculation services made available by Amazon and used by you. You agree to and will comply with the Tax Policies. All fees and payments payable by you to Amazon under this Agreement or the applicable Service Terms are exclusive of any applicable taxes, deductions or withholding (including but not limited to cross-border withholding taxes), and you will be responsible for paying Amazon any of Your Taxes imposed on such fees and any deduction or withholding required on any payment.

11. **Confidentiality and Personal Data.**

During the course of your use of the Services, you may receive Confidential Information. You agree that for the term of the Agreement and 5 years after termination: (a) all Confidential Information will remain Amazon's exclusive property; (b) you will use Confidential Information only as is reasonably necessary for your participation in the Services; (c) you will not otherwise disclose Confidential Information to any other Person except as required to comply with the Law; (d) you will take all reasonable measures to protect the Confidential Information against any use or disclosure that is not expressly permitted in this Agreement; and (e) you will retain Confidential Information only for so long as its use is necessary for participation in the Services or to

fulfill your statutory obligations (e.g. tax) and in all cases will delete such information upon termination or as soon as no longer required for the fulfillment of statutory obligations. The foregoing sentence does not restrict your right to share Confidential Information with a governmental entity that has jurisdiction over you, provided that you limit the disclosure to the minimum necessary and explicitly indicate the confidential nature of the shared information to the governmental entity. You may not issue any press release or make any public statement related to the Services, or use our name, trademarks, or logo, in any way (including in promotional material) without our advance written permission, or misrepresent or embellish the relationship between us in any way. You may only use the "Available at Amazon" badge as defined in and according to the Trademark Usage Guidelines available in Seller Central; you may not use our name, trademarks, or logos in any way (including in promotional material) not covered by the Trademark Usage Guidelines without our advance written permission.

Generally, you may not use customer personal data in any way inconsistent with applicable Law. You must keep customer personal data confidential at all times (the above 5 years' term limit does not apply to customer personal data).

12. **Force Majeure.**

We will not be liable for any delay or failure to perform any of our obligations under this Agreement by reasons, events or other matters beyond our reasonable control.

13. **Relationship of Parties.**

Subject to the Transaction Processing Service Terms (if the Elected Country for a Service is the United States), you and we are independent contractors, and nothing in this Agreement will create any partnership, joint venture, agency, franchise, sales representative, or employment relationship between us. You will have no authority to make or accept any offers or representations on our behalf. This Agreement will not create an exclusive relationship between you and us. Nothing expressed or mentioned in or implied from this Agreement is intended or will be construed to give to any person other than the parties to this Agreement any legal or equitable right, remedy, or claim under or in respect to this Agreement. This Agreement and all of the representations, warranties, covenants, conditions, and provisions in this Agreement are intended to be and are for the sole and exclusive benefit of Amazon, you, and customers. As between you and us, you will be solely responsible for all obligations associated with the use of any third party service or feature that you permit us to use on your behalf, including compliance with any applicable terms of use. You will not make any

statement, whether on your site or otherwise, that would contradict anything in this section.

14. **Suggestions and Other Information.**

If you or any of your Affiliates elect to provide or make available suggestions, comments, ideas, improvements, or other feedback or materials to us in connection with or related to any Amazon Site or Service (including any related Technology), we will be free to use, disclose, reproduce, modify, license, transfer and otherwise distribute, and exploit any of the foregoing information or materials in any manner. In order to cooperate with governmental requests, to protect our systems and customers, or to ensure the integrity and operation of our business and systems, we may access and disclose any information we consider necessary or appropriate, including but not limited to user contact details, IP addresses and traffic information, usage history, and posted content. If we make suggestions on using the Services, you are responsible for any actions you take based on our suggestions.

15. **Modification.**

15.1. We will provide at least 15 days' advance notice in accordance with Section 18 for changes to the Agreement.

15.2 However, we may change or modify the Agreement at any time with immediate effect (a) for legal, regulatory, fraud and abuse prevention, or security reasons; (b) to change existing features or add additional features to the Services (where this does not materially adversely affect your use of the Services); or (c) to restrict products or activities that we deem unsafe, inappropriate, or offensive. We will notify you about any change or modification in accordance with Section 18.

15.3 Your continued use of the Services after the effective date of any change to this Agreement in accordance with this Section 15 will constitute your acceptance of that change. If any change is unacceptable to you, you agree not to use the Services and to end the Agreement as described in Section 3.

16. **Password Security.**

Any password we provide to you may be used only during the Term to access Seller Central (or other tools we provide, as applicable) to use the Services, electronically accept Your Transactions, and review your completed transactions. You are solely responsible for maintaining the security of your password. You may not disclose your password to any third party (other than

third parties authorized by you to use your account in accordance with this Agreement) and are solely responsible for any use of or action taken under your password. If your password is compromised, you must immediately change your password.

17. **Export.**

You will not directly or indirectly export, re-export, transmit, or cause to be exported, re-exported or transmitted, any commodities, software or technology to any country, individual, corporation, organization, or entity to which such export, re-export, or transmission is restricted or prohibited, including any country, individual, corporation, organization, or entity under sanctions or embargoes administered by the United Nations, US Departments of State, Treasury or Commerce, the European Union, or any other applicable government authority.

18. **Miscellaneous.**

The Governing Laws will govern this Agreement, without reference to rules governing choice of laws or the Convention on Contracts for the International Sale of Goods. If the Elected Country is the United States, Canada, or Mexico, **Amazon and you both consent that any dispute with Amazon or its Affiliates or claim relating in any way to this Agreement or your use of the Services will be resolved by binding arbitration as described in this paragraph, rather than in court**, except that (i) you may assert claims in a small claims court that is a Governing Court if your claims qualify; (ii) you or we may bring suit in the Governing Courts, submitting to the jurisdiction of the Governing Courts and waiving our respective rights to any other jurisdiction, to enjoin infringement or other misuse of intellectual property rights; and (iii) we may bring any claims related to your sale of counterfeit products on the Amazon Site in the Governing Courts and seek any remedy available under law related to those claims. **There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award on an individual basis the same damages and relief as a court (including injunctive and declaratory relief or statutory damages), and must follow the terms of this Agreement as a court would.** Before you may begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent, CSC 300 Deschutes Way SW, Suite 208 MC-CSC1, Tumwater, WA 98501. The arbitration will be conducted by the American Arbitration Association (AAA) under its commercial rules. Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules. We will reimburse those fees for claims totaling less than $10,000 unless the arbitrator determines the claims are frivolous. The expedited procedures of the AAA's rules will apply only in cases seeking exclusively monetary relief

under $50,000, and in such cases the hearing will be scheduled to take place within 90 days of the arbitrator's appointment. Likewise, Amazon will not seek attorneys' fees and costs from you in arbitration unless the arbitrator determines the claims are frivolous. You may choose to have the arbitration conducted by telephone, based on written submissions, or in person at a mutually agreed location. **Amazon and you each agree that any dispute resolution proceedings will be conducted only on an individual basis and not in a class, consolidated or representative action.** If for any reason a claim proceeds in court rather than in arbitration **Amazon and you each waive any right to a jury trial**.

You may not assign this Agreement, by operation of law or otherwise, without our prior written consent. Any attempt to assign or otherwise transfer in violation of this section is void; provided, however, that upon notice to Amazon, you may assign or transfer this Agreement, in whole or in part, to any of your Affiliates as long as you remain liable for your obligations that arose prior to the effective date of the assignment or transfer under this Agreement. You agree that we may assign or transfer our rights and obligations under this Agreement: (a) in connection with a merger, consolidation, acquisition or sale of all or substantially all of our assets or similar transaction; or (b) to any Affiliate or as part of a corporate reorganization; and effective upon such assignment, the assignee is deemed substituted for Amazon as the party to this Agreement. Subject to that restriction, this Agreement will be binding on, inure to, and be enforceable against the parties and their respective successors and assigns. We may perform any of our obligations or exercise any of our rights under this Agreement through one or more of our Affiliates. Amazon retains the right to immediately halt any of Your Transactions, prevent or restrict access to the Services or take any other action to restrict access to or availability of any inaccurate listing, any inappropriately categorized items, any unlawful items, or any items otherwise prohibited by applicable Program Policies. Because Amazon is not your agent (except for the limited purpose set out in the Transaction Processing Service Terms (if the Elected Country for a Service is the United States)), or the customer's agent for any purpose, Amazon will not act as either party's agent in connection with resolving any disputes between participants related to or arising out of any transaction.

Amazon will provide notice to you under this Agreement by posting changes to Seller Central or to the applicable Amazon Services site to which the changes relate (such as the Developer Site accessible through your account), by sending you an email notification, or by similar means. You must send all notices and other communications relating to Amazon to our Selling Partner Support team via Seller Central, email, the Contact Us form, or similar

means. We may also communicate with you electronically and in other media, and you consent to such communications. You may change your e-mail addresses and certain other information in Seller Central, as applicable. You will ensure that all of your information is up to date and accurate at all times.

If any provision of this Agreement is deemed unlawful, void, or for any reason unenforceable, then that provision will be deemed severable from these terms and conditions and will not affect the validity and enforceability of any remaining provisions. If the Elected Country is Canada, then it is the express wish of the parties that this Agreement and the applicable Service Terms and Program Policies have been drafted in English. (The following is a French translation of the preceding sentence: Si le pays de service est le Canada, les parties conviennent que la présente autorisation et tous les termes et conditions applicables s'y rattachant soient rédigés en anglais.) We may make available translations to this Agreement and the applicable Service Terms and Program Policies, but the English version will control. This Agreement represents the entire agreement between the parties with respect to the Services and related subject matter and supersedes any previous or contemporaneous oral or written agreements and understandings.

**Definitions**

As used in this Agreement, the following terms have the following meanings:

**"Affiliate"** means, with respect to any entity, any other entity that directly or indirectly controls, is controlled by, or is under common control with that entity.

**"Amazon Associated Properties"** means any website or other online point of presence, mobile application, service or feature, other than an Amazon Site, through which any Amazon Site, or products or services available on any of them, are syndicated, offered, merchandised, advertised, or described.

**"Amazon Contracting Party"** means the party outlined below.

- If the Elected Country is Canada:

| Service | Amazon Contracting Party |
|---|---|
| Selling on Amazon | Amazon.com.ca, Inc. |
| Selling on Amazon (if your account is enabled to list | Amazon.com.ca, Inc. |

| | |
|---|---|
| Optional Coverage Plans) | |
| Fulfillment by Amazon | Amazon.com.ca, Inc. |
| Amazon Advertising | Amazon Advertising Canada, Inc. |

- If the Elected Country is Mexico:

| Service | Amazon Contracting Party |
|---|---|
| Selling on Amazon | Servicios Comerciales Amazon México S. de R.L. de C.V. |
| Fulfillment by Amazon | Servicios Comerciales Amazon México S. de R.L. de C.V. |
| Amazon Advertising | Servicios Comerciales Amazon México S. de R.L. de C.V. |

- If the Elected Country is the United States:

| Service | Amazon Contracting Party |
|---|---|
| Selling on Amazon | Amazon.com Services LLC |
| Selling on Amazon (if your account is enabled to list Optional Coverage Plans) | Amazon.com Services LLC |
| Fulfillment by Amazon | Amazon.com Services LLC |
| Amazon Advertising | Amazon.com Services LLC |
| Transaction Processing Services | Amazon Payments, Inc., Amazon Capital Services, Inc., or Amazon.com Services LLC, according to the Transaction Processing Services Terms |

If you register for or use the Selling Partner API, the Amazon Contracting Party is the Contracting Party that provides the applicable Service you use in connection with the Selling Partner API.

**"Amazon Site"** means, as applicable, the CA Amazon Site, the MX Amazon Site, or the US Amazon Site.

**"CA Amazon Site"** means the website, the primary home page of which is identified by the url www.amazon.ca, and any successor or replacement of such website.

**"Confidential Information"** means information relating to us, to the Services, or Amazon customers that is not known to the general public including, but not limited to, any information identifying or unique to specific customers; reports, insights, and other information about the Services; data derived from the Services except for data (other than customer personal data) arising from the sale of your products comprising of products sold, prices, sales, volumes and time of the transaction; and technical or operational specifications relating to the Services. For the purposes of this Agreement, customer personal data constitutes Confidential Information at all times.

**"Content"** means copyrightable works under applicable Law and content protected by database rights under applicable Law.

**"Excluded Products"** means the items described on the applicable Restricted Products pages in Seller Central, any other applicable Program Policy, or any other information made available to you by Amazon.

**"Governing Courts"** means the applicable one of the following:

- the state or Federal court in King County, Washington (if the Elected Country is Canada, Mexico, or the United States),

**"Governing Laws"** means the applicable one of the following:

- the laws of the State of Washington, United States together with the Federal Arbitration Act and other applicable federal law (if the Elected Country is Canada, Mexico, or the United States),

**"Insurance Limits"** means the applicable one of the following:

- One Million Canadian Dollars ($1,000,000) (if the Elected Country is Canada),
- Ten Million Mexican Pesos ($10,000,000) (if the Elected Country is Mexico),
- One Million U.S. Dollars ($1,000,000) (if the Elected Country is the United States).

**"Insurance Threshold"** means the applicable one of the following:

- Ten Thousand Canadian Dollars ($10,000) (if the Elected Country is Canada),
- One Hundred Thousand Mexican Pesos ($100,000) (if the Elected Country is Mexico),
- Ten Thousand U.S. Dollars ($10,000) (if the Elected Country is the United States).

**"Intellectual Property Right"** means any patent, copyright, Trademark, domain name, moral right, trade secret right, or any other intellectual property right arising under any Laws and all ancillary and related rights, including all rights of registration and renewal and causes of action for violation, misappropriation or infringement of any of the foregoing.

**"Law"** means any law, ordinance, rule, regulation, order, license, permit, judgment, decision, or other requirement, now or in the future in effect, of any governmental authority (e.g., on a federal, state, or provincial level, as applicable) of competent jurisdiction.

**"Local Currency"** means the applicable one of the following:

- U.S. Dollars (if the Elected Country is the United States),
- Canadian Dollars (if the Elected Country is Canada),
- Mexican Pesos (if the Elected Country is Mexico),

**"MX Amazon Site"** means the website, the primary home page of which is identified by the url www.amazon.com.mx, and any successor or replacement of such website.

**"Optional Coverage Plans"** means warranties, extended service plans and related offerings, in each case as determined by us, that you offer.

**"Order Information"** means, with respect to any of Your Products ordered through an Amazon Site, the order information and shipping information that we provide or make available to you.

**"Person"** means any individual, corporation, partnership, limited liability company, governmental authority, association, joint venture, division, or other cognizable entity, whether or not having distinct legal existence.

**"Program Policies"** means all policies and program terms provided on the Program Policies page.

**"Sales Proceeds"** means the gross proceeds from any of Your Transactions, including (a) all shipping and handling, gift wrap and other charges; (b) taxes

and customs duties to the extent specified in the applicable Tax Policies; and (c) in the case of invoiced orders, any amounts that customers fail to pay to us or our Affiliates on or before the applicable invoice due date.

**"Seller Central"** means the online portal and tools made available by Amazon to you, for your use in managing your orders, inventory, and presence on a particular Amazon Site or any other online point of presence.

**"Service"** means each of the following services: Selling on Amazon, Fulfillment by Amazon, Amazon Advertising (including Amazon Sponsored Products), the Selling Partner APIs, and, if the Elected Country for a Service is the United States, the Transaction Processing Services, together in each case with any related services and materials we make available.

**"Service Terms"** means the service terms applicable to each Service, which are made part of this Agreement upon the date you elect to register for or use the applicable Service, and any subsequent modifications we make to those terms.

**"Technology"** means any: (a) ideas, procedures, processes, systems, methods of operation, concepts, principles, and discoveries protected or protectable under the Laws of any jurisdiction; (b) interfaces, protocols, glossaries, libraries, structured XML formats, specifications, grammars, data formats, or other similar materials; and (c) software, hardware, code, technology, or other functional item.

**"Trademark"** means any trademark, service mark, trade dress (including any proprietary "look and feel"), trade name, other proprietary logo or insignia, or any other source or business identifier, protected or protectable under any Laws.

**"US Amazon Site"** means that website, the primary home page of which is identified by the URL www.amazon.com, and any successor or replacement of such website.

**"Your Materials"** means all Technology, Your Trademarks, Content, Your Product information, data, materials, and other items or information provided or made available by you or your Affiliates to Amazon or its Affiliates.

**"Your Personnel"** means any third party warranting, administering or otherwise involved in the offer, sale, performance, or fulfillment of Your

Products, including any of your employees, representatives, agents, contractors, or subcontractors.

**"Your Product"** means any product or service (including Optional Coverage Plans) that you: (a) have offered through the Selling on Amazon Service; (b) have made available for advertising through the Amazon Advertising Service; or (c) have fulfilled or otherwise processed through the Fulfillment by Amazon Service.

**"Your Sales Channels"** means all sales channels and other means through which you or any of your Affiliates offers products or services, other than physical stores.

**"Your Taxes"** means any and all sales, goods and services, use, excise, premium, import, export, value added, consumption, and other taxes, regulatory fees, levies (specifically including environmental levies), or charges and duties assessed, incurred, or required to be collected or paid for any reason (a) in connection with any advertisement, offer or sale of products or services by you on or through or in connection with the Services; (b) in connection with any products or services provided for which Your Products are, directly or indirectly, involved as a form of payment or exchange; or (c) otherwise in connection with any action, inaction, or omission of you or your Affiliates, or any Persons providing products or services, or your or their respective employees, agents, contractors, or representatives, for which Your Products are, directly or indirectly, involved as a form of payment or exchange. Also, if the Elected Country is the United States, Mexico, or Canada as it is used in the Fulfillment by Amazon Service Terms, this defined term also means any of the types of taxes, duties, levies, or fees mentioned above that are imposed on or collectible by Amazon or any of its Affiliates in connection with or as a result of fulfillment services including the storage of inventory or packaging of Your Products and other materials owned by you and stored by Amazon, shipping, gift wrapping, or other actions by Amazon in relation to Your Products pursuant to the Fulfillment by Amazon Service Terms.

**"Your Trademarks"** means Trademarks of yours that you provide to us: (a) in non-text form for branding purposes; and (b) separate from (and not embedded or otherwise incorporated in) any product specific information or materials.

**"Your Transaction"** means any sale of Your Product(s) through an Amazon Site.

**Selling on Amazon Service Terms**

The Selling on Amazon Service ("**Selling on Amazon**") is a Service that allows you to offer certain products and services directly on the Amazon Sites.

These Selling on Amazon Service Terms are part of the Agreement, but, unless specifically provided otherwise, concern and apply only to your participation in Selling on Amazon. BY REGISTERING FOR OR USING THE SELLING ON AMAZON SERVICE, YOU (ON BEHALF OF YOURSELF OR THE BUSINESS YOU REPRESENT) AGREE TO BE BOUND BY THE AGREEMENT, INCLUDING THESE SELLING ON AMAZON SERVICE TERMS. **NOTWITHSTANDING THE PREVIOUS SENTENCE, IF YOU HAVE ENTERED INTO A SEPARATE AGREEMENT THAT PERMITS YOU TO OFFER YOUR PRODUCTS THROUGH A PARTICULAR AMAZON SITE (E.G., A MERCHANTS@ AMAZON.COM PROGRAM AGREEMENT, MERCHANTS @AMAZON.CO.JP PROGRAM AGREEMENT OR ANY PREDECESSOR OF THOSE AGREEMENTS), THEN TO THE EXTENT THAT YOU CONTINUE TO LIST AND SELL YOUR PRODUCTS ON THAT AMAZON SITE PURSUANT TO SUCH SEPARATE AGREEMENT, TRANSACTIONS OF YOUR PRODUCTS ON THAT AMAZON SITE AND ANY TAX SERVICES WE MAKE AVAILABLE UNDER THAT AGREEMENT ARE GOVERNED BY THE TERMS OF THAT AGREEMENT AND NOT BY THESE SELLING ON AMAZON SERVICE TERMS.**

**S-1 Your Product Listings and Orders.**

**S-1.1 Products and Product Information.** You will provide accurate and complete Required Product Information for each product or service that you offer through any Amazon Site and promptly update that information as necessary to ensure it at all times remains accurate and complete. You will also ensure that Your Materials, Your Products (including packaging) and your offer and subsequent sale of any of the same on any Amazon Site comply with all applicable Laws (including all minimum age, marking and labeling requirements) and do not contain any sexually explicit (except to the extent expressly permitted under our applicable Program Policies), defamatory or obscene materials. You may not provide any information for, or otherwise seek to offer any Excluded Products on any Amazon Sites; or provide any URL Marks for use, or request that any URL Marks be used, on any Amazon Site. If you offer a product for sale on an Amazon Site that requires a warning under California Health & Safety Code Section 25249.6 (a “Proposition 65 Warning”) you (a) will provide us with such warning in the manner specified in our Program Policies, (b) agree that our display of a Proposition 65 Warning on a product detail page is confirmation of our

receipt of that warning, and (c) will only revise or remove a Proposition 65 Warning for a product when the prior warning is no longer legally required.

**S-1.2 Product Listing; Merchandising; Order Processing.** We will enable you to list Your Products on a particular Amazon Site, and conduct merchandising and promote Your Products in accordance with the Agreement (including via the Amazon Associated Properties or any other functions, features, advertising, or programs on or in connection with the applicable Amazon Site). We may use mechanisms that rate, or allow shoppers to rate, Your Products and your performance as a seller and Amazon may make these ratings and feedback publicly available. We will provide Order Information to you for each order of Your Products through the applicable Amazon Site. We will also receive all Sales Proceeds on your behalf for each of these transactions and will have exclusive rights to do so, and will remit them to you in accordance with these Selling on Amazon Service Terms. We may permit certain customers to place invoiced orders for Your Products, in which case remittance of Sales Proceeds may be delayed according to each customer's invoicing terms. You will accept and fulfill invoiced orders in the same manner as you accept and fulfill non-invoiced orders, except as otherwise provided in this Agreement.

**S-1.3 Shipping and Handling Charges.** For Your Products ordered by customers on or through an Amazon Site that are not fulfilled using Fulfillment by Amazon, you will determine the shipping and handling charges subject to our Program Policies and standard functionality (including any category-based shipping and handling charges we determine, such as for products offered by sellers on the Individual selling plan and BMVD Products generally). When we determine the shipping and handling charges, you will accept them as payment in full for your shipping and handling. Please refer to the Fulfillment by Amazon Service Terms for Your Products that are fulfilled using Fulfillment by Amazon.

**S-1.4 Credit Card Fraud and Unpaid Invoices.** We will bear the risk of (a) credit card fraud (i.e., a fraudulent purchase arising from the theft and unauthorized use of a third party's credit card information) occurring in connection with Your Transactions, and (b) late payments or defaults by customers in connection with invoiced orders for Your Products, except, in each case, in connection with Seller-Fulfilled Products that are not fulfilled strictly in accordance with the Order Information and Shipment Information. You will bear all other risk of fraud or loss.

**S-2 Sale and Fulfillment; Refunds and Returns.**

**S-2.1 Sale and Fulfillment.** Other than as described in the Fulfillment by Amazon Service Terms for each Amazon Site for which you decide to register or use the Selling on Amazon Service, you will: (a) source, offer, sell, and fulfill your Seller-Fulfilled Products, and source, offer, and sell your Amazon-Fulfilled Products, in each case in accordance with the terms of the applicable Order Information, this Agreement, and all terms provided by you or us and displayed on the applicable Amazon Site at the time of the order and be solely responsible for and bear all risk for those activities; (b) package each of Your Products in a commercially reasonable manner complying with all applicable packaging and labeling requirements, including any warnings or instructions necessary to safely use Your Products, and ship each of Your Products on or before its Expected Ship Date; (c) retrieve Order Information at least once each business day; (d) only cancel Your Transactions as permitted pursuant to your terms and conditions appearing on the applicable Amazon Site at the time of the applicable order or as may be required under this Agreement; (e) fulfill Your Products throughout the Elected Country (except to the extent prohibited by Law or this Agreement); (f) provide to Amazon information regarding fulfillment and order status and tracking (to the extent available), in each case as requested by us using the processes designated by us, and we may make any of this information publicly available; (g) comply with all Street Date instructions; (h) ensure that you are the seller of each of Your Products; (i) include an order-specific packing slip, and, if applicable, any tax invoices, within each shipment of Your Products; (j) identify yourself as the seller of each of Your Products on all packing slips or other information included or provided in connection with Your Products and as the Person to which a customer may return the applicable product; and (k) not send customers emails confirming orders or fulfillment of Your Products. If any of Your Products are fulfilled using Fulfillment by Amazon, the Fulfillment by Amazon Service Terms for the applicable Amazon Site will apply to the storage, fulfillment, and delivery of such Amazon-Fulfilled Products.

**S-2.2 Cancellations, Returns, and Refunds.** The Amazon Refund Policies for the applicable Amazon Site will apply to Your Products. Subject to Section F-6, for any of Your Products fulfilled using Fulfillment by Amazon, you will promptly accept, calculate, and process cancellations, returns, refunds, and adjustments in accordance with this Agreement and the Amazon Refund Policies for the applicable Amazon Site, using functionality we enable for your account. Without limiting your obligations, we may in our sole discretion accept, calculate, and process cancellations, returns, refunds, and adjustments for the benefit of customers. You will route any payments to customers in connection with Your Transactions through Amazon. We will

make any payments to customers in the manner we determine, and you will reimburse us for all amounts we pay.

**S-3 Problems with Your Products.**

**S-3.1 Delivery Errors and Nonconformities; Recalls.** You are responsible for any non-performance, non-delivery, misdelivery, theft, or other mistake or act in connection with the fulfillment of Your Products, except to the extent caused by: (a) credit card fraud for which we are responsible under Section S-1.4; or (b) our failure to make available to you Order Information as it was received by us or resulting from address verification. Notwithstanding the previous sentence, for those of Your Products that are fulfilled using Fulfillment by Amazon, if any, the Fulfillment by Amazon Service Terms for the applicable Amazon Site will apply to non-delivery, misdelivery, theft, or other mistake or act in connection with the fulfillment of those of Your Products. You are also responsible for any non-conformity or defect in, any public or private recall of, or safety alert of any of Your Products or other products provided in connection with Your Products. You will notify us promptly as soon as you have knowledge of any public or private recalls, or safety alerts of Your Products or other products provided in connection with Your Products.

**S-3.2 A-to-z Guarantee and Chargebacks if the Elected Country is Canada or Mexico.** If we inform you that we have received or initiated a claim under the "A-to-z Guarantee" offered on a particular Amazon Site or other dispute relating to the offer, sale or fulfillment of Your Products (other than a chargeback), concerning one of Your Transactions, you will have 30 days to appeal our decision of the claim. If we find that a claim, chargeback, or dispute is your responsibility, you (a) will not take recourse against the customer, and (b) are responsible for reimbursing us in accordance with the Service Fee Payments section of this Agreement for the amount paid by the customer (including taxes and shipping and handling charges, but excluding any Referral Fees that we retained as defined in Section S-4), and all other fees and expenses associated with the original transaction (such as credit card, bank, payment processing, re-presentment, or penalty fees) and any related chargebacks or refunds, to the extent payable by us.

**S-3.3 A-to-z Guarantee, A-to-z Claims Process, and Chargebacks if the Elected Country is the United States.** Claims that we receive or initiate under the "A-to-z Guarantee" or the “A-to-z Claims Process for Property Damage and Personal Injury” will be governed by the Program Policy for such claims.

If we find that any claim, chargeback, or dispute is your responsibility, (i) you will not take recourse against the customer, and (ii) if Amazon resolves the claim directly with the customer and does not waive its right of indemnification, you will reimburse us in accordance with Section 2 of this Agreement to the extent of your responsibility (not to exceed the amount paid by Amazon to resolve the claim), including taxes and shipping and handling charges (but excluding any Referral Fees that we retained as defined in Section S-4), and all other fees and expenses associated with the original transaction (such as credit card, bank, payment processing, re-presentment, or penalty fees) and any related chargebacks or refunds.

**S-4 Compensation.**

You will pay us: (a) the applicable Referral Fees; (b) any applicable Variable Closing Fee; (c) the non-refundable Selling on Amazon Subscription Fee in advance each month; and (d) any other applicable fees described in this Agreement (including any applicable Program Policies). **"Selling on Amazon Subscription Fee"** means the fee specified as such on the Selling on Amazon Fee Schedule for the applicable Amazon Site at the time such fee is payable. With respect to each of Your Transactions: (i) **"Sales Proceeds"** has the meaning set out in this Agreement; (ii) **"Variable Closing Fee"** means the applicable fee, if any, as specified on the Variable Closing Fee Schedule for the applicable Amazon Site; and (iii) **"Referral Fee"** means the applicable fee based on the Sales Proceeds from Your Transaction through the applicable Amazon Site specified on the Selling on Amazon Fee Schedule for that Amazon Site at the time of Your Transaction, based on the categorization by Amazon of the type of product that is the subject of Your Transaction; provided, however, that Sales Proceeds will not include any shipping charges set by us in the case of Your Transactions that consist solely of products fulfilled using Fulfillment by Amazon.

**S-5 Remittance of Sales Proceeds & Refunds.**

Except as otherwise stated in this Agreement, we will remit to you your available balance on a bi-weekly (14 day) (or at our option, more frequent) basis, which may vary for each Elected Country. For each remittance, your available balance is equal to any Sales Proceeds not previously remitted to you as of the applicable Remittance Calculation Date (which you will accept as payment in full for Your Transactions), less: (a) the Referral Fees; (b) the applicable Variable Closing Fee; (c) any Selling on Amazon Subscription Fees; (d) any other applicable fees described in this Agreement (including any applicable Program Policies); (e) any amounts we require you to maintain in your account balance pursuant to this Agreement (including payments

withheld pursuant to Section 2 of the General Terms, Section S-1.4, Section S-3.2, Section S-3.3, and applicable Program Policies); and (f) any taxes that Amazon automatically calculates, collects and remits to a tax authority according to applicable law, as specified in the Tax Policies.

We may establish a reserve on your account based on our assessment of risks to Amazon or third parties posed by your actions or performance, and we may modify the amount of the reserve from time to time at our sole discretion.

When you either initially provide or later change Your Bank Account information, the Remittance Calculation Date may be deferred by up to 14 days. For sellers that registered after October 30, 2011 and are on the Individual selling plan, the remittance amount will not include Sales Proceeds from the 14-day period before the date of remittance. If you refund money to a customer in connection with one of Your Transactions, and the refund is routed through us (or our Affiliate), on the next available Remittance Calculation Date we will refund to you the amount of the Referral Fee paid by you to us attributable to the amount of the customer refund (including refunded taxes and customs duties only to the extent specified in the applicable Tax Policies), less the Refund Administration Fee for each of Your Products refunded that is not a BMVD Product, which amount we may retain as an administrative fee; provided, however, that in the case of a complete refund of Sales Proceeds for a Media Product, we will refund to you the full amount of any Variable Closing Fee paid by you to us (and in the case of a partial refund of Sales Proceeds for a Media Product, we will not refund to you any portion of any Variable Closing Fee paid by you to us). We will remit any amounts to be refunded by us pursuant to this subsection from time to time together with the next remittance to be made by us to you. **"Refund Administration Fee"** means the applicable fee described on the Refund Administration Fee Schedule for the applicable Amazon Site.

Net Sales Proceeds from non-invoiced orders will be credited to your available balance when they are received by us or our Affiliates. Sales Proceeds from invoiced orders will be credited to your available balance: (a) if you have elected in advance to pay a fee to accelerate remittance of Sales Proceeds from invoiced orders, on the day all of Your Products included in an invoiced orders are shipped; or (b) otherwise, no later than the seventh day following the date that an invoiced order becomes due.

**S-6 Amazon's Websites and Services.**

Amazon has the right to determine, the design, content, functionality, availability and appropriateness of its websites, selection, and any product or listing in the Amazon Stores, and all aspects of each Service, including your use of the same. Amazon may assign any of these rights or delegate any of its responsibilities.

**S-7 Continuing Guarantees**

Guarantees. We require the following continuing guarantees from you.

S-7.1 Pesticides. If any of Your Products is a “pesticide” being offered or sold in the United States or other product regulated under the US Federal Insecticide, Fungicide, and Rodenticide Act (“FIFRA”) or its implementing regulations, then you provide to us the following continuing guaranty that: (a) you are a resident of the United States; and (b) with respect to each such product, the pesticides and other FIFRA regulated products comprising each sale, shipment, or other delivery made previously or hereafter are: (i) lawfully registered with the US Environmental Protection Agency at the time of sale, shipment, or delivery, or fully qualified for a specific exemption from the FIFRA registration requirements at the time of sale, shipment, or delivery, (ii) compliant with all requirements of FIFRA and its implementing regulations at the time of sale, shipment, or delivery, and (iii) provided by you in the original, unbroken packaging.

S-7.2 Foods, Drugs, Medical Devices, and Cosmetics. If any of Your Products is a “food”, “drug”, “medical device”, or “cosmetic” being offered or sold in the United States or other product regulated under the U.S. Federal Food, Drug, and Cosmetic Act (“FFDCA”) or its implementing regulations, then you provide us with the following continuing guaranty that with respect to all such products comprising each sale, shipment, or other delivery made previously or hereafter are: (i) not adulterated or misbranded within the meaning of the FFDCA, (ii) compliant with all requirements of FFDCA and its implementing regulations at the time of sale, shipment, or delivery, and (iii) provided by you in the original, unbroken packaging.

**Selling on Amazon Definitions**

**"Amazon-Fulfilled Products"** means any of Your Products that are fulfilled using the Fulfillment by Amazon Service.

**"Amazon Refund Policies"** means the return and refund policies published on the applicable Amazon Site and applicable to products and services offered via that Amazon Site.

**"BMVD Product"** means any book, magazine or other publication, sound recording, video recording, and/or other media product in any format, including any subscription, in each case excluding any software product, computer game, and/or video game.

**"Excluded Offer"** means any discount, rebate, promotional offer, or other term of offer and/or sale that you: (a) have attempted to make available through a particular Amazon Site but that we do not honor or support (but only until such time as we honor or support the same on such Amazon Site); or (b) make available solely to third parties that either (i) purchase products solely for resale and who are not end users of such products (i.e., wholesale purchasers), or (ii) if the Elected Country is Canada, Mexico, or the United States, have affirmatively elected and opted-in to participate in your or one of your Affiliates' membership-based customer loyalty or customer incentive programs.

**"Expected Ship Date"** means, with respect to any of Your Products, either: (a) the end of the shipping availability period (which begins as of the date on which the relevant order is placed by the customer), or the shipping availability date, as applicable, specified by you in the relevant inventory/product data feed for Your Product; or (b) if you do not specify shipping availability information in such inventory/product data feed or that Your Product is in a product category that Amazon designates as requiring shipment within two (2) business days, two (2) business days after the date on which the relevant order is placed by the customer.

**"Media Product"** means any book, magazine or other publication, sound recording, video recording, software product, computer game, videogame, or other media product in any format, including any related subscription, offered through an Amazon Site.

**"Purchase Price"** means the total amount payable or paid for Your Product (including taxes and shipping and handling charges only to the extent specified in the applicable Tax Policies).

**"Remittance Calculation Date"** is the date that is two (2) business days prior to the date of remittance (the **"Remittance Calculation Date"**).

**"Required Product Information"** means, with respect to each of Your Products in connection with a particular Amazon Site, the following (except to the extent expressly not required under the applicable Program Policies): (a) description, including as applicable, location-specific availability and options, scheduling guidelines and service cancellation policies; (b) SKU and

UPC/EAN/JAN numbers, and other identifying information as Amazon may reasonably request; (c) information regarding in-stock status and availability, shipping limitations or requirements, and Shipment Information (in each case, in accordance with any categorizations prescribed by Amazon from time to time); (d) categorization within each Amazon product category and browse structure as prescribed by Amazon from time to time; (e) digitized image that accurately depicts only Your Product, complies with all Amazon image guidelines, and does not include any additional logos, text or other markings; (f) Purchase Price; (g) shipping and handling charge (in accordance with our standard functionality); (h) any text, disclaimers, warnings, notices, labels, warranties, or other content required by applicable Law to be displayed, or that are necessary for the safe use of Your Product, in connection with the offer, merchandising, advertising, or sale of Your Product; (i) any vendor requirements, restocking fees or other terms and conditions applicable to such product that a customer should be aware of prior to purchasing the product; (j) brand; (k) model; (l) product dimensions; (m) weight; (n) a delimited list of technical specifications; (o) SKU and UPC/EAN/JAN numbers (and other identifying information as we may reasonably request) for accessories related to Your Product that is available in our catalog; (p) the state or country Your Product ships from; and (q) any other information reasonably requested by us (e.g., the condition of used or refurbished products; and invoices and other documentation demonstrating the safety and authenticity of Your Products).

**"Seller-Fulfilled Products"** means any of Your Products that are not fulfilled using the Fulfillment by Amazon Service.

**"Shipment Information"** means, with respect to any of Your Products, the estimated or promised shipment and delivery date.

**"Street Date"** means the date(s), if any, specified by the manufacturer, distributor, and/or licensor of a product as the date before which specified information regarding such product (e.g., title of a book) should not be disclosed publicly, or such product should not be delivered or otherwise made available to customers.

**"URL Marks"** means any Trademark, or any other logo, name, phrase, identifier, or character string, that contains or incorporates any top level domain (e.g., .com, .edu, .ca, .fr, .jp) or any variation of a top level domain (e.g., dot com, dotcom, net, or com).

**"Your Transaction"** is defined in the General Terms of this Agreement; however, as used in these Selling on Amazon Service Terms, it means any and

all such transactions through Selling on Amazon only.

**Fulfillment by Amazon Service Terms**

Fulfillment by Amazon (**"FBA"**) provides fulfillment and associated services for Your Products.

These FBA Service Terms are part of the Agreement, and, unless specifically provided otherwise, concern and apply only to your participation in FBA. BY REGISTERING FOR OR USING FBA, YOU (ON BEHALF OF YOURSELF OR THE BUSINESS YOU REPRESENT) AGREE TO BE BOUND BY THE AGREEMENT, INCLUDING THESE FBA SERVICE TERMS. You expressly agree that Amazon may engage its Affiliate(s) or a third party in order to complete one or more of the fulfillment and associated services outlined below.

**Fulfillment Services**

**F-1 Your Products**

Once you are accepted into FBA, you must apply to register each product you offer that you wish to include in the FBA program. We may refuse registration in FBA of any product, including on the basis that it is an FBA Excluded Product or that it violates applicable Program Policies. You may at any time withdraw registration of any of Your Products from FBA.

**F-2 Product and Shipping Information**

You will, in accordance with applicable Program Policies, provide accurate and complete information about Your Products registered in FBA, and will provide Fulfillment Requests for any Units fulfilled using FBA that are not sold through an Amazon Site (**"Multi-Channel Fulfillment Units"**). You will promptly update any information about Your Products in accordance with our requirements and as necessary so that the information is at all times accurate and complete.

**F-3 Shipping to Amazon**

**F-3.1** Except as otherwise provided in Section F-3.4 and Section F-5, FBA is limited to Units that are shipped to and from fulfillment centers located within the applicable Elected Country, to be delivered to customers in the same Elected Country only. You will ship Units to us in accordance with applicable Program Policies. You will be responsible for all costs incurred to

ship the Units to the shipping destination (including costs of freight and transit insurance) and Amazon will not pay any shipping costs. You are responsible for payment of all customs, duties, taxes, and other charges. In the case of any improperly packaged or labeled Unit, we may return the Unit to you at your expense (pursuant to Section F-7) or re-package or re-label the Unit and charge you an administrative fee.

**F-3.2** You will not deliver to us any Unsuitable Unit; we may reject any shipment of Your Products.

**F-3.3** We may, at our option, allow you to ship Units at your expense (as described in Section F-9.2) to fulfillment centers using discounted shipping rates that we may make available to you for certain carriers. In such event, you will use the processes and supply the information that we require for you to obtain such discounted rates. You also must comply with standard operating procedures, weight and size restrictions, and other shipping requirements of the applicable carriers. If we provide you with the estimated shipping costs prior to shipment, you acknowledge and agree that actual shipping costs may vary from such estimates. In addition, if the weight of the Unit, as determined by the applicable carrier, differs from that submitted by you to us for purposes of determining the estimated shipping costs, then: (a) you may be charged more than the estimated shipping costs if the carrier determines that such Unit weighs more than as submitted by you; or (b) you may be charged the full amount of the estimated shipping costs even if the carrier determines the weight to be less than that submitted by you. You will not use carrier account information (e.g., carrier account number, amount of shipping rates, etc.) for any purpose, nor disclose such information to any third party, and you will protect such information as Amazon's confidential information in accordance with Section 11 of the General Terms of this Agreement. As between you, us, and the applicable carrier, you will be the shipper of record, and we will make payment to the carrier with respect to the shipment of all Units using such discounted rates. Title and risk of loss for any Unit shipped using discounted rates provided by us under this Section will remain with you, and our provision of such shipping rates will not create any liability or responsibility for us with respect to any delay, damage, or loss incurred during shipment. You authorize the applicable carrier to provide us with all shipment tracking information.

**F-3.4** If you ship Units from outside the applicable Elected Country to fulfillment centers, you will list yourself as the importer/consignee and nominate a customs broker. If Amazon is listed on any import documentation, Amazon reserves the right to refuse to accept the Units covered by the import documents and any costs assessed against or incurred

by Amazon will be collected from Your Bank Account, deducted from amounts payable to you, or by other method at our election.

### F-4 Storage

We will provide storage services as described in these FBA Service Terms once we confirm receipt of delivery. We will keep electronic records that track inventory of Units by identifying the number of Units stored in any fulfillment center. We will not be required to physically mark or segregate Units from other inventory units (e.g., products with the same Amazon standard identification number) owned by us, our Affiliates or third parties in the applicable fulfillment center(s). If we elect to commingle Units with such other inventory units, both parties agree that our records will be sufficient to identify which products are Units. We may move Units among facilities. If there is a loss of or damage to any Units while they are being stored, we will, compensate you in accordance with the FBA Guidelines, and you will, at our request, provide us a valid tax invoice for the compensation paid to you. If we compensate you for a Unit, we will be entitled to dispose of the Unit pursuant to Section F-7. At all other times, you will be solely responsible for any loss of, or damage to, any Units. Our confirmed receipt of delivery does not: (a) indicate or imply that any Unit has been delivered free of loss or damage, or that any loss or damage to any Unit later discovered occurred after confirmed receipt of delivery; (b) indicate or imply that we actually received the number of Units of Your Product(s) specified by you for such shipment; or (c) waive, limit, or reduce any of our rights under this Agreement. We reserve the right to change scheduling restrictions and volume limitations on the delivery and storage of your inventory in fulfillment centers in accordance with Section 15 of the General Terms, and you will comply with any of these restrictions or limitations.

### F-5 Fulfillment

As part of our fulfillment services, we will ship Units from our inventory of Your Products to the shipping addresses in the Elected Country included in valid customer orders, or submitted by you as part of a Fulfillment Request. We may ship Units together with products purchased from other merchants, including any of our Affiliates. We also may ship Units separately that are included in a single Fulfillment Request. If you participate in our export fulfillment services, we will also ship Your Products that we determine to be eligible (each, a **"Foreign-Eligible Product"**) to Foreign Addresses within countries we determine to be eligible for foreign shipments, subject to the additional terms on foreign shipments in the applicable FBA Guidelines.

### F-6 Customer Returns

**F-6.1** You will be responsible for and will accept and process returns of, and provide refunds and adjustments for, any Multi-Channel Fulfillment Units in accordance with the Agreement (including the applicable Program Policies).

**F-6.2** We will receive and process returns of any Amazon Fulfillment Units that were shipped to addresses within the Elected Country in accordance with the terms of your Seller Agreement, these FBA Service Terms, and the Program Policies. Any Sellable Units that are also Amazon Fulfillment Units and that are properly returned will be placed back into the inventory of Your Products in the FBA Program. We may fulfill customer orders for Your Products with any returned Amazon Fulfillment Units. Except as provided in Section F-7, you will retake title of all Units that are returned by customers.

**F-6.3** Subject to Section F-7, we will, at your direction, either return or dispose of any Unit that is returned to us by a customer and that we determine is an Unsuitable Unit.

**F-6.4** If Amazon receives a customer return of a Multi-Channel Fulfillment Unit, you will direct us to return or dispose of the Unit at your own cost failing which we may dispose of the Unit as provided in Section F-7.

### F-7 Returns to You and Disposal

**F-7.1** You may, at any time, request that Units be returned to you or that we dispose of Units.

**F-7.2** We may with notice return Units to you, including upon termination of these FBA Service Terms. Returned Units will be sent to your designated shipping address. However, if (a) the designated shipping address we have for you is outdated or incorrect, (b) you have not provided or, upon our request, confirmed a designated shipping address in the Elected Country, or (c) we cannot make arrangements for you to pay for the return shipment, then the Unit(s) will be deemed abandoned and we may elect to dispose of them as appropriate based on the inventory (e.g., by selling, recycling, donating, or destroying it) and retain any proceeds we may receive from the disposal.

We may dispose of any Unsuitable Unit (and you will be deemed to have consented to our action): (d) immediately if we determine that (i) the Unit creates a safety, health, or liability risk to Amazon, our personnel, or any third party; (ii) you have engaged in fraudulent or illegal activity; or (iii) we

have cause to terminate your use of Services with immediate effect pursuant to Section 3 and are exposed to liability towards a third party; (e) if you fail to direct us to return or dispose of any Unsuitable Unit within thirty (30) days after we notify you that the Unit has been recalled; or (f) if you fail to direct us to return or dispose of any Unsuitable Unit within thirty (30) days (or as otherwise specified in the applicable Program Policies) after we notify you that its removal is required, for instance because your use of FBA is suspended or terminated or your seller account is suspended, terminated or closed. In addition, you will reimburse us for expenses we incur in connection with any Unsuitable Units.

We may dispose of any Unit we are entitled to dispose of (including any Unsuitable Units) in the manner we deem appropriate (e.g., by selling, recycling, donating, or destroying it) and retain any proceeds we may receive from the disposal.

**F-7.3** You may, at any time, request that we dispose of Units. In this case, we may dispose of these Units as appropriate based on the inventory (e.g., by selling, recycling, donating, or destroying it) and retain any proceeds we may receive from the disposal. Title to each disposed Unit will transfer to us (or a third party we select such as a charity) at no cost, free and clear of any liens, claims, security interests or other encumbrances to the extent required to dispose of the Unit, and we may retain any proceeds, we may receive from the disposal.

**F-7.4** You will promptly notify us of any recalls or potential recalls, or safety alerts of any of Your Products and cooperate and assist us in connection with any recalls or safety alerts, including by initiating the procedures for returning items to you under our standard processes. You will be responsible for all costs and expenses you, we or any of our or your Affiliates incur in connection with any recall or potential recall or safety alerts of any of Your Products (including the costs to return, store, repair, liquidate, or deliver to you or any vendor any of these products).

**F-8 Customer Service**

**F-8.1** For Multi-Channel Fulfillment Units we will have no customer service obligations other than to pass any inquiries to your attention at the contact you provide, and to make available a reasonable amount of information regarding the status of the fulfillment of Your Products if you request it and if and to the extent we possess the requested information. You will ensure that all of your policies and messaging to your customers regarding shipping of Your Products and other fulfillment-related matters, reflect our policies

and requirements, including with regard to shipping methods, returns, and customer service; and, you will conspicuously display on your website(s), in emails or in other media or communications any specific disclosures, messaging, notices, and policies we require.

**F-8.2** We will be responsible for all customer service issues relating to packaging, handling and shipment, and customer returns, refunds, and adjustments related to Amazon Fulfillment Units. We will determine whether a customer will receive a refund, adjustment or replacement for any Amazon Fulfillment Unit and we will require you to reimburse us where we determine you have responsibility in accordance with the Agreement (including these FBA Service Terms and the Program Policies). We will promptly notify you when you are responsible for a customer refund. You may appeal if you disagree with our finding within thirty (30) days after our notification, in addition to your right to request that Units be returned to you under Section F-7.1. Except as provided in this Section F-8 regarding any Amazon Fulfillment Units, customer service will be handled in accordance with your Seller Agreement.

**F-8.3** In situations relating to Amazon Fulfillment Units where the wrong item was delivered or the item was damaged or lost or is missing, unless we determine that the basis for such request is caused by you or any of your employees, agents, or contractors, we will, at our option: (a) for any Amazon Fulfillment Unit, (i) ship a replacement Unit to the customer and reimburse you in accordance with the FBA Guidelines for the replacement Unit, or (ii) process a refund to the customer and reimburse you in accordance with the FBA Guidelines for the Unit; or (b) for any Multi-Channel Fulfillment Unit, reimburse you in accordance with the FBA Guidelines for the Unit (and you will, at our request, provide us a valid tax invoice for the compensation paid to you). Any customer refund will be processed in accordance with the Selling on Amazon and the Transaction Processing Service Terms (if the Elected Country for a Service is the United States). Notwithstanding the Selling on Amazon Service Terms, we will be entitled to retain the applicable fees payable to us under the Selling on Amazon Service Terms and these FBA Service Terms, respectively. Except as expressly provided in this Section F-8.3, you will be responsible for all costs associated with any replacement or return.

**F-8.4** If we provide a replacement Unit or refund as described in Section F-8.3 to a customer and that customer returns the original Unit to us, we will be entitled to dispose of the Unit pursuant to Section F-7, or, if it is a Sellable Unit, we may, at our option, place such Unit back into your inventory in accordance with Section F-6. If we do put a Unit back into your inventory,

you will reimburse us for the applicable Replacement Value (as described in the FBA Guidelines) of the returned Unit. Any replacement Unit shipped by us under these FBA Service Terms will be deemed to be, and will be treated in the same manner as, an order and sale of such Unit from you to the customer via the applicable Amazon Site or Service in accordance with, and subject to, the terms and conditions of this Agreement and your Seller Agreement.

**F-9 Compensation for Fulfillment Services**

**F-9.1 Handling and Storage Fees.** You will pay us the applicable fees described in the applicable Fulfillment by Amazon Fee Schedule. You will be charged the Storage Fees beginning on the day (up to midnight) that the Unit arrives at a fulfillment center and is available for fulfillment by Amazon (or in the case of any Unsuitable Unit, the arrival day (up to midnight)), until the earlier of: (a) the day (up to midnight) we receive a valid customer order for such product or a request from you to return or dispose of the Unit; or (b) the day (up to midnight) we actually ship the Unit to your designated return location or dispose of the Unit.

**F-9.2 Shipping and Gift Wrap.** For any Amazon Fulfillment Units we will determine the amounts charged to the customer for shipping and gift wrap services for the Units that we fulfill through the FBA Program. As between you and us, these charges will be your charges to the customer, and we will report them to you. We will charge you (and you will pay us) a fee equal to the amount of such charges to the customer. In the case of shipments of Units sold through the Amazon Site that qualify for the "Free Shipping" promotion, the amounts charged to the customer for shipping the Selling on Amazon Units that Amazon fulfills will first be charged to the customer and will next be deducted from the total charges to the customer as your promotion and Amazon will not charge you the fee described above. If you ship Units to us using the shipping rates that we may make available pursuant to Section F-3.3, you will reimburse us for the actual amounts charged to us by the applicable carrier for such shipments.

**F-9.3 Proceeds.** We may as appropriate keep part of or all proceeds of any Units that we are entitled to dispose of pursuant to F-7 above, or to which title transfers, including returned, damaged, or abandoned Units. You will have no security interest, lien, or other claim to the proceeds that we receive in connection with the sale, fulfillment, and/or shipment of these Units.

**F-10 Indemnity**

In addition to your obligations under Section 6 of the General Terms of this Agreement, you also agree to indemnify, defend, and hold harmless us, our Affiliates, and our and their respective officers, directors, employees, representatives, and agents against any Claim that arises from or relates to: (a) the Units (whether or not title has transferred to us, and including any Unit that we identify as yours pursuant to Section F-4), including any personal injury, death, or property damage; (b) any of Your Taxes or the collection, payment, or failure to collect or pay Your Taxes; and, if applicable (c) any sales, use, value added, personal property, gross receipts, excise, franchise, business, or other taxes or fees, or any customs, duties, or similar assessments (including penalties, fines, or interest on any of the foregoing) imposed by any government or other taxing authority in connection with the shipment of Foreign-Eligible Products to Foreign Addresses (collectively, **"Foreign Shipment Taxes"**).

**F-11 Release**

You, on behalf of yourself and any successors, subsidiaries, Affiliates, officers, directors, shareholders, employees, assigns, and any other person or entity claiming by, through, under, or in concert with them (collectively, the **"Releasing Parties"**), irrevocably acknowledge full and complete satisfaction of and unconditionally and irrevocably release and forever fully discharge Amazon and each of our Affiliates, and any and all of our and their predecessors, successors, and Affiliates, past and present, as well as each of our and their partners, officers, directors, shareholders, agents, employees, representatives, attorneys, and assigns, past and present, and each of them and all Persons acting by, through, under, or in concert with any of them (collectively, the **"Released Parties"**), from any and all claims, obligations, demands, causes of action, suits, damages, losses, debts, or rights of any kind or nature, whether known or unknown, suspected or unsuspected, absolute or contingent, accrued or unaccrued, determined or speculative (collectively, **"Losses"**) which the Releasing Parties now own or hold or at any time have owned or held or in the future may hold or own against the Released Parties, or any of them, arising out of, resulting from, or in any way related to the shipment, export, or delivery of Your Products to Foreign Addresses, including any tax registration or collection obligations. You, on behalf of yourself and all other Releasing Parties, recognize that you, and each of them, may have some Losses, whether in tort, product liability, contract, warranty, or otherwise, against the Released Parties of which you, or any of them, are totally unaware and unsuspecting, or which may arise or accrue after the date you register for or use FBA, which the Releasing Parties are giving up by agreeing to these FBA Service Terms. It is your intention in agreeing to these FBA Service Terms that these FBA Service Terms will

deprive the Releasing Parties of each and all such Losses and prevent the Releasing Party from asserting any such Losses against the Released Parties, or any of them. In addition to the foregoing, you acknowledge, on behalf of yourself and all other Releasing Parties that you are familiar with Section 1542 of the Civil Code of the State of California, as follows:

**"A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party."**

You, on behalf of yourself and all other Releasing Parties, expressly waive and relinquish any rights that you had or may have under Section 1542 of the Civil Code of the State of California or any similar provision of the law of any other jurisdiction, to the full extent that you may lawfully waive all such rights pertaining to the subject matter of these FBA Service Terms.

### F-12 Disclaimer

IN ADDITION TO THE DISCLAIMER IN SECTION 7 OF THE GENERAL TERMS OF THIS AGREEMENT, WE DISCLAIM ANY DUTIES OF A BAILEE OR WAREHOUSEMAN, AND YOU WAIVE ALL RIGHTS AND REMEDIES OF A BAILOR (WHETHER ARISING UNDER COMMON LAW OR STATUTE OR OTHERWISE), RELATED TO OR ARISING OUT OF ANY POSSESSION, STORAGE, OR SHIPMENT OF YOUR PRODUCTS BY US OR OUR AFFILIATES OR ANY OF OUR OR THEIR CONTRACTORS OR AGENTS.

### F-13 Effect of Termination

Your termination rights are set forth in Section 3 of this Agreement. Following any termination of the Agreement or these FBA Service Terms in connection with a particular Elected Country, we will, as directed by you, return to you or dispose of the Units held in that Elected Country as provided in Section F-7. If you fail to direct us to return or dispose of the Units within thirty (30) days (or as otherwise specified in the applicable Program Policies) after termination, then we may elect to return and/or dispose of the Units in whole or in part, as provided in Section F-7, and you agree to such actions. Upon any termination of these FBA Service Terms in connection with a particular Elected Country, all rights and obligations of the parties under these FBA Service Terms in connection with such Elected Country will be extinguished, except that the rights and obligations of the parties under Sections F-1, F-2, F-3, F-4, F-5, F-6, F-7, F-8, F-9, F-11, F-12, and F-13 with

respect to Units received or stored by Amazon as of the date of termination will survive the termination.

### F-14 Tax Matters

You understand and acknowledge that storing Units at fulfillment centers may create tax nexus for you in any country, state, province, or other localities in which your Units are stored, and you will be solely responsible for any taxes owed as a result of such storage. If any Foreign Shipment Taxes or Your Taxes are assessed against us as a result of performing services for you in connection with the FBA Program or otherwise pursuant to these FBA Service Terms, you will be responsible for such Foreign Shipment Taxes and Your Taxes and you will indemnify and hold Amazon harmless from such Foreign Shipment Taxes and Your Taxes as provided in Section F-10 of these FBA Service Terms.

### F-15 Additional Representation

In addition to your representations and warranties in Section 5 of the General Terms of this Agreement, you represent and warrant to us that: (a) you have valid legal title to all Units and all necessary rights to distribute the Units and to perform under these FBA Service Terms; (b) you will deliver all Units to us in new condition (or in such condition otherwise described by you in the applicable Your Product listing) and in a merchantable condition; (c) all Units and their packaging will comply with all applicable marking, labeling, and other requirements required by Law; (d) no Unit is or will be produced or manufactured, in whole or in part, by child labor or by convict or forced labor; (e) you and all of your subcontractors, agents, and suppliers involved in producing or delivering Units will strictly adhere to all applicable Laws of the Elected Country, its territories, and all other countries where Units are produced or delivered, regarding the operation of their facilities and their business and labor practices, including working conditions, wages, hours, and minimum ages of workers; and (f) that all Foreign-Eligible Products (i) can be lawfully exported from Canada, Mexico, or the United States, as applicable, without any license or other authorization; and (ii) can be lawfully imported into, and comply with all applicable Laws of, any eligible country.

### FBA Definitions

**"Amazon Fulfillment Units"** means Units fulfilled using FBA that are sold through an Amazon Site. For avoidance of doubt, if you have successfully registered for or used both the FBA and Selling on Amazon Services, then the term "Amazon Fulfillment Units" and the defined term "Amazon Fulfilled

Products" in the Selling on Amazon Service Terms both refer to the same items.

**"FBA Excluded Product"** means any Unit that is an Excluded Product or is otherwise prohibited by the applicable Program Policies.

**"Foreign Address"** means (a) if the Elected Country is the United States, any mailing address that is not (i) within the fifty states of the United States or Puerto Rico, or (ii) an APO/FPO address; and (b) if the Elected Country is not the United States, any mailing address that is not within the Elected Country.

**"Fulfillment Request"** means a request that you submit to us (in accordance with the standard methods for submission prescribed by us) to fulfill one or more Multi-Channel Fulfillment Units.

**"Multi-Channel Fulfillment Units"** has the meaning in Section F-2.

**"Sellable Unit"** means a Unit that is not an Unsuitable Unit.

**"Seller Agreement"** means the Selling on Amazon Service Terms, the Merchants@ Program Agreement, the Marketplace Participation Agreement, any successor to any of these agreements, or any other similar agreement (as determined by Amazon) between you and us that permits you to offer products and services via a particular Amazon Site.

**"Shipping Information"** means with respect to any purchased Unit(s), the following information: the name of the recipient, the shipping address, the quantity of Units to be shipped, and any other shipping-related information we may reasonably request.

**"Unit"** means a unit of Your Product that you deliver to Amazon in connection with the FBA Program.

**"Unsuitable Unit"** means a Unit: (a) that is defective, damaged, unfit for a particular purpose, or lacking required label(s); (b) the labels for which were not properly registered with Amazon before shipment or do not match the product that was registered; (c) that is an FBA Excluded Product or does not comply with the Agreement (including applicable Service Terms and Program Policies); (d) that Amazon determines is unsellable or unfulfillable; or (e) that Amazon determines is otherwise unsuitable.

**Amazon Advertising Service Terms**

The Amazon Advertising Service Terms govern your use of Amazon Advertising, a Service that allows you to advertise your products. The Amazon Advertising Service Terms apply to your use of the Ad Services.

Your use of the Ad Services (as defined in the Amazon Advertising Agreement) is governed by the Amazon Advertising Agreement. You accept the Amazon Advertising Agreement, which may be updated from time to time by Amazon in accordance with its terms. The Amazon Advertising Agreement is available at https://advertising.amazon.com/terms. In the event of any conflict between the General Terms or Program Policies and the Amazon Advertising Agreement with respect to the Ad Services, the Amazon Advertising Agreement will prevail to the extent of the conflict. If the Amazon Advertising Agreement is deemed unlawful, void, or for any reason unenforceable, then the General Terms will govern your access to and use of the Ad Services.

**Transaction Processing Service Terms**

BY REGISTERING FOR OR USING ANY SERVICE OTHER THAN AMAZON ADVERTISING FOR WHICH THE ELECTED COUNTRY IS THE UNITED STATES, YOU (ON BEHALF OF YOURSELF OR THE BUSINESS YOU REPRESENT) AGREE TO BE BOUND BY THESE TRANSACTION PROCESSING SERVICE TERMS FOR THAT SERVICE. **NOTWITHSTANDING THE FOREGOING, IF A SEPARATE AGREEMENT GOVERNS THE OFFER, SALE OR FULFILLMENT OF YOUR PRODUCTS ON THE US AMAZON SITE, THE TERMS OF THAT AGREEMENT WILL CONTINUE TO GOVERN THE PROCESSING OF YOUR TRANSACTIONS TO THE EXTENT DESCRIBED IN THAT AGREEMENT.**

**P-1 Payments Processing Agency Appointment**

For non-invoiced orders, you authorize Amazon Payments, Inc. to act as your agent for purposes of processing payments, refunds and adjustments for Your Transactions, receiving and holding Sales Proceeds on your behalf, remitting Sales Proceeds to Your Bank Account, charging your Credit Card, and paying Amazon and its Affiliates amounts you owe in accordance with this Agreement or other agreements you may have with Amazon Affiliates. For invoiced orders, you authorize: (a) Amazon Capital Services, Inc. to act as your agent for purposes of processing payments, refunds and adjustments for Your Transactions, and receiving and holding Sales Proceeds on your behalf; and (b) Amazon.com Services LLC to act as your agent for purposes of remitting Sales Proceeds to Your Bank Account, charging your Credit Card, and paying Amazon and its Affiliates amounts you owe in accordance with this Agreement or other agreements you may have with Amazon Affiliates.

Amazon Payments, Inc., Amazon Capital Services, Inc., and Amazon.com Services LLC are each an **"Amazon Payments Agent"**. The applicable Amazon Payments Agents provide the services described in these Transaction Processing Service Terms and the related services described in Sections S-1.4, S-2.2, S-5, and F-8.3 of the Agreement (collectively, the **"Transaction Processing Services"**).

When a buyer instructs us to pay you, you agree that the buyer authorizes and orders us to commit the buyer's payment (less any applicable fees or other amounts we may collect under this Agreement) to you. You agree that buyers satisfy their obligations to you for Your Transactions when we receive the Sales Proceeds. We will remit funds to you in accordance with this Agreement.

**P-2 Remittance**

Subject to Section 2 of the General Terms of this Agreement, the applicable Amazon Payments Agents will remit funds to you in accordance with Section S-5 of the Agreement and these Transaction Processing Service Terms. Each applicable Amazon Payments Agent's obligation to remit funds collected or received by it or otherwise credited to your available balance in connection with Your Transactions is limited to funds in your available balance that have become available in accordance with this Agreement less amounts owed to Amazon and any taxes that Amazon automatically calculates, collects and remits to a tax authority according to applicable law, as specified in the Tax Policies, subject to chargeback or reversal or withheld for anticipated claims in accordance with this Agreement. Without limiting Amazon's rights to collect any amounts you owe, the applicable Amazon Payments Agent's receipt of Sales Proceeds or crediting of Sales Proceeds to your available balance discharges your obligation to pay applicable fees and other amounts under this Agreement to the extent the Sales Proceeds received or credited equal or exceed the fees and other amounts you owe and the Sales Proceeds are applied to the payment of those fees and amounts.

**P-3 Your Funds**

Your Sales Proceeds will be held in an account with the applicable Amazon Payments Agent (a **"Seller Account"**) and will represent an unsecured claim against that Amazon Payments Agent. Your Sales Proceeds are not insured by the Federal Deposit Insurance Corporation, nor do you have any right or entitlement to collect Sales Proceeds directly from any customer. Prior to disbursing funds to you, an Amazon Payments Agent may combine Sales Proceeds held with the funds of other users of the Services, invest them, or

use them for other purposes permitted by applicable Laws. You will not receive interest or any other earnings on any Sale Proceeds. To the extent required by applicable Laws, an Amazon Payments Agent will not use any funds held on your behalf for its corporate purposes, will not voluntarily make such funds available to its creditors in the event of bankruptcy or for any other purpose, and will not knowingly permit its creditors to attach such funds.

**P-4 Verification**

We may at any time require you to provide any financial, business or personal information we request to verify your identity. You authorize us to obtain from time to time consumer credit reports to establish or update your Seller Account or in the event of a dispute relating to this Agreement or the activity under your Seller Account. You agree to update all Seller Account information promptly upon any change. The Amazon Payments Privacy Notice applies to transactions processed by Amazon Payments, Inc.

**P-5 Dormant Accounts**

If there is no activity (as determined by us) in connection with your Seller Account for the period of time set forth in applicable unclaimed property laws and we hold Sales Proceeds on your behalf, we will notify you by means designated by us and provide you the option of keeping your Seller Account open and maintaining the Sales Proceeds in your Seller Account. If you do not respond to our notice(s) within the time period we specify, we will send the Sales Proceeds in your Seller Account to your state of residency, as determined by us based on the information in your Seller Account. If we are unable to determine your state of residency or your Seller Account is associated with a foreign country, your funds may be sent to the State of Delaware.

**Selling Partner API Terms**

**API-1 Description of the Selling Partner APIs**

The "Selling Partner APIs" enable your systems to interface with certain features or functionality we make available to you. These Selling Partner API Terms concern and apply only to your use of the Selling Partner APIs unless specifically provided otherwise. Under the Selling Partner API Terms, you may authorize parties who (a) develop Applications to support you using the Selling Partner APIs or the API Materials, (b) have registered with us as Developers, and (c) who have agreed to the Marketplace Developer

Agreement ("Developers") to access Confidential Information and Your Materials via the Selling Partner APIs provided, in each case, that where Confidential Information is disclosed to Developers, you shall remain liable for the acts or omissions of such Developers as if such acts or omissions were your own. If you wish to use the Selling Partner APIs directly or develop software or a website that interfaces with the Selling Partner APIs or the API Materials (an "Application"), you must register as a Developer.

We may make available Selling Partner APIs (including the Marketplace Web Services APIs) and software, data, text, audio, video, images, or other content we make available in connection with the Selling Partner APIs, including related documentation, software libraries, and other supporting materials, regardless of format (collectively the "API Materials") that permit your systems to interface with certain features or functionality available to you. You may authorize Developers to access Confidential Information and Your Materials via the Selling Partner APIs solely for the purpose of supporting your business on Amazon and provided, in each case, that where Confidential Information is disclosed to Developers, you shall remain liable for the acts or omissions of such Developers as if such act or omissions were your own. All terms and conditions applicable to the Selling Partner APIs and the API Materials in this Agreement are solely between you and us. API Materials that are public or open source software ("Public Software") may be provided to you under a separate license, in which case, notwithstanding any other provision of this Agreement, that license will govern your use of those API Materials. For the avoidance of doubt, except to the extent expressly prohibited by the license governing any API Materials that are Public Software, all of the non-license provisions of this Agreement will apply.

**API-2 License and Related Requirements**

**API-2.1 Generally.**

We grant you a limited, revocable, non-exclusive, non-sublicenseable, nontransferable license during the term of the Agreement to allow Developers to access and use Confidential Information and Your Materials through the Selling Partner APIs and the API Materials solely in support of your use of the Services covered by this Agreement. As between you and us, we or our licensors own all right, title, and interest in and to the Confidential Information, the Selling Partner APIs, the API Materials, any technical and operational specifications, security protocols and other documentation or policies provided or made available by us with respect to the Selling Partner APIs or the API Materials (the "Selling Partner API Specifications"), and our internal data center facilities, servers, networking equipment, and host

software systems that are within our or their reasonable control and are used to provide the Selling Partner APIs or the API Materials (the "Amazon Network").

**API-2.2 License Restrictions.**

You may authorize Developers to access Confidential Information and Your Materials through the Selling Partner APIs and the API Materials only through APIs documented and communicated by us in accordance with any applicable Selling Partner API Specifications. You may not authorize any other party to do any of the following with the Confidential Information, the Selling Partner APIs and the API Materials: (a) reverse engineer, decompile, or disassemble them; (b) modify or create derivative works based upon them in whole or in part; (c) distribute copies of them; (d) remove any proprietary notices or labels on them; (e) use any Public Software in any manner that requires, pursuant to the license applicable to such Public Software, that the Confidential Information, the Selling Partner APIs and the API Materials be disclosed, licensed, distributed, or otherwise made available to anyone; (f) resell, lease, rent, transfer, sublicense, or otherwise transfer rights to them; (g) access or use them in a way intended to avoid incurring any applicable fees or exceeding usage limits or quotas; (h) access or use them for any purpose unrelated to your use of Services; or (i) access or use them for fraudulent or illegal activities or activities that violate our policies or are otherwise harmful to us or any third parties. The limitations regarding Data Use in Section 11 above apply to any information you disclose or receive by the direct or indirect use of the Selling Partner APIs.

**API-2.3 No License for Direct Access.**

For the avoidance of doubt, these Selling Partner API Terms do not provide you a license to directly access or use the Selling Partner APIs, or install, copy, use, or distribute API Materials. Direct use of the Selling Partner APIs may only be licensed to Developers.

**API-2.4 Account Identifiers and Credentials.**

You must use the account IDs and any unique public key/private key pair issued by us to provide access to your data via the Selling Partner APIs ("Account Identifiers and Credentials") in accordance with these Selling Partner API Terms to authorize Developers to access the Selling Partner APIs on your behalf. You may only authorize access to Confidential Information and Your Materials via the Selling Partner APIs in the way that we prescribe. Your Account Identifiers and Credentials are for your personal use only and

you must maintain their secrecy and security. You are solely responsible for all activities that occur using your Account Identifiers and Credentials, regardless of whether the activities are undertaken by you or a third party (including your employees, contractors, or agents). You will provide us with notice immediately if you believe an unauthorized third party may be using your Account Identifiers and Credentials or if your Account Identifiers and Credentials are lost or stolen. We are not responsible for unauthorized use of your Account Identifiers and Credentials.

**API-2.5 Security of Your Materials and Confidential Information.**

You are solely responsible for authorizing others to access the Selling Partner APIs on your behalf and taking your own steps to maintain appropriate security, protection, and backup of the Confidential Information and Your Materials processed pursuant to your access to the Selling Partner APIs and the API Materials, including any Confidential Information you have disclosed to Developers in accordance with this Agreement. We are not responsible for any unauthorized access to, alteration of, or deletion, destruction, damage, loss, or failure to store any of the Confidential Information or Your Materials in connection with the Selling Partner APIs (including as a result of your or any third party's errors, acts, or omissions). If you believe (acting reasonably) that a personal data breach has occurred in relation to any customer personal data in your possession or otherwise under your control (including in the possession of a Developer), you shall immediately notify Amazon of such personal data breach (in sufficient detail) for information purposes, and promptly take any actions (or require a Developer take such actions, if relevant) as applicable to you under data privacy Laws.

**API-3 Termination**

**API-3.1 Termination of Your Access to the Selling Partner APIs and the API Materials.**

Without limiting the parties' rights and obligations under this Agreement, the Amazon Marketplace Developer Agreement, or the Amazon Marketplace API License Agreement, we may limit, suspend, or terminate your access to the Selling Partner APIs and the API Materials for convenience with 30 days' notice. We may terminate immediately if (a) we determine that you have materially breached this Agreement and failed to cure within 7 days of a cure notice; (b) you or your account have been engaged in deceptive, fraudulent, or illegal activity; or (c) your use of the Selling Partner APIs and the API Materials may harm our customers.

Upon any suspension or termination of your access to the Selling Partner APIs and the API Materials, you will immediately cease authorizing others to use the Selling Partner APIs and the API Materials. Upon any termination of your access to the Selling Partner APIs and the API Materials, you will also immediately destroy all API Materials. Upon any suspension or termination of your access to the Selling Partner APIs and the API Materials, we may cause your Account Identifiers and Credentials to cease to be recognized by the Amazon Network for the purposes of the Selling Partner APIs and the API Materials.

**API-4 Modifications to the Selling Partner APIs and the API Materials**

We may change or discontinue the Selling Partner APIs or the API Materials (including by changing or removing features or functionality of the Selling Partner APIs or the API Materials) from time to time. For any material changes that will negatively affect your business, we will provide notice under Section 18.

**API-5 Disclaimers**

THE SELLING PARTNER APIS AND THE API MATERIALS ARE PROVIDED "AS IS". WE AND OUR AFFILIATE COMPANIES AND LICENSORS MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE REGARDING THE SELLING PARTNER APIS OR THE API MATERIALS, INCLUDING ANY WARRANTY THAT THE SELLING PARTNER APIS OR THE API MATERIALS WILL BE UNINTERRUPTED, ERROR FREE, OR FREE OF HARMFUL COMPONENTS, OR THAT ANY MATERIALS OR DATA YOU ACCESS, USE, STORE, RETRIEVE, OR TRANSMIT IN CONNECTION WITH THE SELLING PARTNER APIS, INCLUDING YOUR MATERIALS, WILL BE SECURE OR NOT OTHERWISE LOST OR DAMAGED. EXCEPT TO THE EXTENT PROHIBITED BY LAW, WE AND OUR AFFILIATE COMPANIES AND LICENSORS DISCLAIM ALL WARRANTIES, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, OR QUIET ENJOYMENT, AND ANY WARRANTIES ARISING OUT OF ANY COURSE OF DEALING OR USAGE OF TRADE. FURTHER, NEITHER WE NOR ANY OF OUR AFFILIATE COMPANIES OR LICENSORS WILL BE RESPONSIBLE FOR ANY COMPENSATION, REIMBURSEMENT, OR DAMAGES ARISING IN CONNECTION WITH: (A) THE INABILITY TO USE THE SELLING PARTNER APIS OR THE API MATERIALS FOR ANY REASON; (B) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; OR (C) ANY INVESTMENTS, EXPENDITURES, OR COMMITMENTS BY YOU IN CONNECTION WITH THIS

AGREEMENT OR YOUR USE OF OR ACCESS TO THE SELLING PARTNER APIS OR THE API MATERIALS.

## Related articles

- Amazon Services Business Solutions Agreement
- Changes to the Amazon Services Business Solutions Agreement
- Program Policies
- Changes to program policies
- Intellectual Property for Rights Owners
- International selling agreements
- Additional Guidelines

## Need more help?

- See more on Seller Central
- Visit Seller Forums

Reach Hundreds of Millions of Customers

Start Selling On Amazon

© 1999-2022, Amazon.com, Inc. or its affiliates

# Exhibit 2

This article applies to selling in: **United States**



# Product Detail Page Rules

Customers will first learn about your offers on a product detail page. The policies below ensure each product detail page covers a single unique item. This helps give customers a clear and consistent buying experience. In general, you will need to:

- Comply with any relevant style guides and refrain from using HTML, JavaScript, or other code.
- Exclude inappropriate content such as obscene or offensive materials, links or contact information, plot spoilers, reviews or requests for reviews, and advertising.
- Accurately categorize and describe your products.
- Refrain from creating duplicate pages for a product that already has a detail page.
- Create new detail pages for new products or versions.
- Only create valid “variations” that relate to the primary product. For more details, please see the Variations Policy.

## Policies for writing listings

- Comply with the relevant style guide for the product you're listing. You can find general rules that apply to all products in the Amazon Services Quick Start Style Guide. Some types of product have extra style guidelines. You can find the full set in the Templates for Specific Categories.
- Don’t use HTML, JavaScript, or other types of code in your product detail pages. As a special case, you can use line breaks </br> in the description.
- None of the following are allowed in product detail page titles, descriptions, bullet points, or images:

- Pornographic, obscene, or offensive content.
- Phone numbers, addresses, e-mail addresses, or website URLs.
- Details of availability, price, or condition.
- Use Capital Letters only for the beginning of each word. Do not use all Capital Letters throughout the attribute. This applies for Product Title, Bullet Points and/or Product Description.
- Links to other websites for placing orders, or alternative shipping offers, such as free shipping.
- Spoilers on Books, Music, and Video or DVD (BMVD) listings. This includes giving away plot details crucial to the suspense or surprise ending of a story.
- Reviews, quotes, or testimonials.
- Requests for positive customer reviews.
- Adverts, promotional material, or watermarks on images, photos, or videos.
- Time-sensitive information, such as dates of tours, seminars, or lectures.

- Product titles must not have more than 200 characters, including spaces. This upper limit applies to all categories. Some categories might have a limit of even fewer characters. See the Templates for Specific Categories for details.
- Comply with Amazon listing standards for any product sold on Amazon. Failure to do so creates a negative customer experience and may result in your selling privileges being temporarily or permanently removed. This includes but is not limited to the following:
  - All products must be accurately categorized. To learn more about classifying your products correctly, see our help pages on Product Classifier, Browse Tree Guide, and ASIN Creation Policy.
  - Product titles, product descriptions, and bullet points must be clearly written and help customers understand the product.
  - Product images must meet Amazon image standards, as well as any category-specific image guidelines. To learn more, see the Product image requirements.
  - Ensure that the product detail page outlines any additional items that are essential to the function of the product.

# Policies for adding detail pages

- You cannot add details which infringe upon the IP rights of other parties or individuals. For more details, check the Intellectual Property Rights for Sellers page.

- You must not use Add a Product, inventory files, and Amazon Marketplace Web Services (Amazon MWS) listing APIs for any purpose other than listing products on Amazon.
- You must not use false product identification information in product detail pages. This includes UPC codes and publication dates.
- You must not create a product detail page for a product already in Amazon's catalog.
- You must not use product detail pages to cross-merchandise or cross-promote a product.
- For Books, Music, Videos, and DVDs (BMVD), you must not use a single product detail page to advertise more than one product. BMVD-only product bundles must be defined by the publisher or manufacturer and have a single ISBN, UPC, or EAN that is different from the product identifier of any single item in the bundle.

# Policies for editing detail pages

- You may only update detail pages to better or more accurately describe the product as originally listed. For example, permissible updates include additional details, clarifications, grammatical fixes, or removal of content that violates Amazon policy.
- You must not use an existing listing for a new version of a product. This includes changes in color, size, material, features, and product name. Instead, create a new product detail page for each new version. For example, a manufacturer updates its streaming media player by adding a new remote control with four buttons instead of two. This product is materially different from the older version and it must be listed as a new ASIN.
- If you choose to re-brand a product you must create a new ASIN rather than update an existing ASIN. This is true even if the product is unbranded and does not change materially after the brand change. This includes adding a brand to a previously unbranded product.

**Related articles**

- Selling on Amazon Business fee schedule
- Access the Fee Explainer
- Selling Policies and Seller Code of Conduct
- Category, product, and listing restrictions
- Product Detail Page Rules
- Prohibited seller activities and actions
- Drop Shipping Policy
- Recalled Products
- Expiration dates on seller-fulfilled products
- Understanding fee categories

**Need more help?**

- See more on Seller Central
- Visit Seller Forums



## Reach Hundreds of Millions of Customers

Start Selling On Amazon

© 1999-2022, Amazon.com, Inc. or its affiliates

# Exhibit 3

amazon seller central

English Sign in **Sell on Amazon**

This article applies to selling in: **United States**

Help / Policies, agreements, and guidelines / Program Policies / **ASIN creation policy**

# ASIN creation policy

To create an ASIN, go through the process as outlined in our Add a Product tool. To sell a product available in the Amazon catalog, match it to the existing ASIN by creating an offer. If your product is not in the Amazon catalog, you will have to create a single new ASIN for the product.

## ASIN creation by non-brand owners

To protect the customer shopping experience, we limit the creation of new ASINs for a brand enrolled in Brand Registry by sellers who are not associated with the brand owner.

If you encounter the following error message, it is because you are not associated with the brand owner and therefore restricted from creating new ASINs for the brand. You may still seek approval to create the new ASIN if you can show that it is an authentic product of the brand, for which no ASIN exists yet. Providing all the necessary information on the first contact will reduce the time it will take for your request to be reviewed.

| Error code | Error message | Requested information |
|---|---|---|
| 5461 | You may not create new ASINs for this brand. However, you are free to add offers to any existing ASIN for this brand (listing limitations may apply). Please review our ASIN creation policy for more information.<br><br>If you believe the product you want to sell is not already listed in the Amazon | • Product name<br>• Brand<br>• Manufacturer<br>• Category<br>• Description<br>• SKU<br>• UPC/EAN/JAN |

| Error code | Error message | Requested information |
|---|---|---|
| | catalog and should be listed as a new ASIN, contact Selling Partner Support and mention error code 5461. Before contacting Selling Partner Support, review the ASIN Creation Policy and confirm your product is not already listed on the catalog.<br><br>When contacting Selling Partner Support, provide the following information:<br><br>• Product title (including any variations in color, size, measurements, model/part number, etc.)<br>• Brand<br>• Manufacturer<br>• Category<br>• Description<br>• SKU<br>• UPC/EAN/JAN if available<br>• If using inventory file templates, please provide the Batch ID of the inventory file process report<br>• Real-world images of the product (front and back images of the product including bar code, along with UPC and brand name, packaged and unpackaged, and unfolded if the item is apparel) | • Product title including any variations in color, size, measurements, model/part number, etc.<br>• Batch ID of inventory file process report<br>• Screen shot of the error code you received<br>• Images of the product (front and back images of the product including bar code along with UPC and brand name; packaged and unpackaged; unfolded if the item is apparel) |

## Where do I find product information?

Brand name, UPC or EAN/JAN, and part number (or model/style number) can be found on a purchase order or invoice from the manufacturer or distributor from which your product was purchased. Some information may be available directly from the product packaging or through the manufacturer's catalog or website.

# ASIN creation limit

To protect the onsite shopping experience for our customers, we limit the number of listings (offers and ASINs) you can create in a given week until you establish a sales history with Amazon. As you increase your sales, your capacity will increase. We encourage you to prioritize the products you are listing to increase your sales quickly.

Additionally, if you are an established seller and have created a high number of new listings, we reserve the right to temporarily remove your ability to create new listings. We will re-evaluate your status on a weekly basis.

If you think your listing creation privileges have been removed in error, contact Selling Partner Support.

# Variation policy

Variations are sets of products that are related to one another. Good variation relationship listings allow buyers to compare and choose products based on different attributes such as size, color, or other characteristics from the available options on a single product detail page. For more information, go to Variation Relationship Overview.

The following prohibited practices are misuses of variations, either of the parent ASIN or in parent-child relationships. These practices create a negative customer experience and can result in your ASIN creation or selling privileges being temporarily or permanently removed:

- Changing the product’s detail page (parent or child) to become fundamentally different from the original product listed
- Changing the parent product's detail page so it does not match the children
- Adding incorrect child variations that are not true variations of the parent product. This includes but is not limited to:
  - Adding products that are fundamentally different from the parent ASIN
  - Adding products images and/or names that are that are fundamentally different from the parent ASIN
  - Adding products that are newer versions or models of the parent ASIN
- Adding multi-pack variations that aren’t manufacturer-created to an already existing parent

  - If you've created a multi-pack listing that is not directly sold by the manufacturer, you must match your listing to an identical multi-pack product detail page. If an identical multi-pack detail page doesn't exist, you must create a new product detail page with its own unique UPC
  - Adding multi-pack children by bundling two or more of the same manufacturer products, that is, bundling two three-packs to create a package quantity of six. Multi-pack children must be packaged by the manufacturer. If a customer wants to buy two or more of the same product, they can select that quantity for purchase

# Duplicate ASIN creation policy

Creating a new ASIN when the product already exists in Amazon's catalog is prohibited and can result in your ASIN creation or selling privileges being temporarily suspended or permanently removed.

Matching your products to existing products in Amazon's catalog helps drive a high-quality customer experience. Matching to an existing product instead of creating a duplicate listing allows you to more fully benefit from buyer interest and traffic for that product.

# How are duplicates created?

Duplicates are most commonly created when one or more of the following happens:

- You incorrectly use the UPC, EAN, ISBN, ASIN, or JAN not belonging to the product (such as from another product) to identify the product you are selling.
- You introduce distinct UPCs, EANs, ISBNs, or JANs for identical products. For example:
  - You assign a product a new UPC or EAN in each Amazon marketplace where you sell the product.
  - You assign a new UPC or EAN for compatible products such as a laptop charger that is compatible with multiple laptops.
- You are an Amazon Brand Registry seller using an alternative key attribute to list your products. If you use multiple key attribute values to list the same product, a new ASIN will be created for each key attribute value.
- You have received a product identifier exemption for a product that actually has a product identifier. Listing it without an identifier will create

a duplicate.

# Tips to avoid creating duplicate ASINs

Ensure that you always use the appropriate UPC, EAN, ISBN, ASIN, or JAN code when listing a product. The codes are reliable data that can be used to match your products to existing products in the catalog. Using incorrect UPC, EAN, ISBN, ASIN, or JAN codes to list a product is prohibited and can result in your ASIN creation privileges being suspended or permanently removed. For more information, go to Potential duplicates, Amazon brand name policy, and How to list products that do not have a GTIN (UPC, EAN, JAN, or ISBN).

### Register your brand with Amazon

If you are the brand owner or manufacturer of your own products and if you can uniquely identify each product with other attributes such as model number or style number, you might be eligible to register your brand with the Amazon Brand Registry, which allows you to use an alternative product identifier.

For more information, go to Amazon Brand Registry.

### Request a brand or SKU-level UPC exemption

If the product you are listing has been confirmed to have no known UPC, EAN, ISBN, ASIN, or JAN code and if you are listing a unique selection, you can request a brand or SKU-level UPC exemption. For information on eligibility, go to How to List Products That Do Not Have a GTIN (UPC, EAN, JAN or ISBN).

**Need more help?**

See more on Seller Central

Visit Seller Forums

Case 2:22-cv-04242-BRM-CF Document 10-2 Filed 08/02/22 Page 63 of 126 PageID: 178



## Reach Hundreds of Millions of Customers

Start Selling On Amazon

© 1999-2022, Amazon.com, Inc. or its affiliates

# Exhibit 4

# United States of America

## United States Patent and Trademark Office

TRUSS

**Reg. No. 4,738,823**

**Registered May 19, 2015**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

LOMA LICENCIAMENTO DE MARCAS LTDA (BRAZIL SOCIEDADE POR QUOTAS DE RESPONSABILIADADE LIMITADA (LTDA))
4TH FLOOR, SUITE 42
RUA AUGUSTA, 1939
SÃO PAULO, BRAZIL 01413-000

FOR: CONDITIONERS; COSMETIC CREAMS; COSMETICS; HAIR COLORANTS; LOTIONS FOR COSMETIC PURPOSES; OILS FOR COSMETIC PURPOSES; PERFUME; SHAMPOOS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

OWNER OF BRAZIL REG. NO. 825419492, DATED 7-7-2009, EXPIRES 7-7-2019.

THE MARK CONSISTS OF A SEMICIRCLE THAT IS CROSSED BY FOUR SPHERES ALL OVER THE WORD "TRUSS".

SER. NO. 86-410,394, FILED 9-30-2014.

JANICE L. MCMORROW, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# Exhibit 5

This is Google's cache of https://www.amazon.com/TRUSS-Ultra-Hydration-Plus-10-14/dp/B08B4VCFLX. It is a snapshot of the page as it appeared on May 17, 2022 01:34:44 GMT. The current page could have changed in the meantime. Learn more.

**Full version** Text-only version View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Hello
Select your address | Beauty & Personal Care | Hello, Sign in Account & Lists | Returns & Orders

All | Best Sellers | Amazon Basics | Customer Service | New Releases | Prime | Today's Deals | Music | Books | Gear up for spring outdoors

**All Beauty** | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming

No credit or debit card? No problem. **Try Amazon Cash** Learn more

Beauty & Personal Care › Hair Care › Shampoo & Conditioner › Conditioners

Listing Health Score 6.84 / 10

30-Day Sales
N/A

# TRUSS Ultra Hydration Plus 10.14 Oz

Visit the TRUSS Store
26 ratings

Price: $22.67 ($2.24 / Ounce)

| | |
|---|---|
| **Brand** | TRUSS |
| **Hair Type** | Dry, Damaged |
| **Product Benefits** | Hydrating |
| **Age Range (Description)** | Adult |
| **Number of Items** | 1 |

**ut this item**

also restores and revitalizes hairs.
is recommended for dry and damaged hair.
promotes deep hydration.
air type: Dry

pare with similar items

**One-time purchase:**
$22.67 ($2.24 / Ounce)
FREE delivery: **Sunday, May 22** on orders over $25.00 shipped by Amazon.
Ships from: Amazon.com
Sold by: Amazon.com

**Subscribe & Save:**
$22.67 ($2.24 / Ounce)
Save up to 5% on auto-deliveries. Learn more
**Get it Sunday, May 22**
In Stock.
Qty: 1
Deliver every:
2 months (Most common)
Set Up Now
Ships from and sold by Amazon.com




Roll over image to zoom in

**sider a similar item**



L'Oreal Paris EverPure Ultra Pigmented Anti Brass Purple Rinse-Out Mask for Bleached, Blonde or Highlighted Hair, 3 Ounce
(47616)
$9.99 ($3.33/Fl Oz)
Climate Pledge Friendly

Share

Have one to sell?
Sell on Amazon

## Frequently bought together

Total price: $76.60
Add all three to Cart



+


+



These items are shipped from and sold by different sellers. Show details

- [x] **This item:** TRUSS Ultra Hydration Plus 10.14 Oz
  $22.67 ($2.24/Ounce) Get it as soon as **Sunday, May 22** FREE Shipping on orders over $25 shipped by Amazon
- [x] Truss Ultra Hydration Shampoo for Dry Damaged Hair
  $27.98 ($2.76/Fl Oz) Get it as soon as **Sunday, May 22** FREE Shipping on orders over $25 shipped by Amazon
- [x] Truss Deluxe Prime Hair Treatment
  $25.95 ($2.95/Fl Oz) Get it as soon as **Sunday, May 22** FREE Shipping on orders over $25 shipped by Amazon

## What other items do customers buy after viewing this item?




Truss Ultra Hydration Plus Conditioner
499
1 offer from $30.00




Truss Miracle Conditioner For Dry Damaged Hair
1,381
Amazon's Choice in Hair Conditioner
2 offers from $30.00




Truss Ultra Hydration Conditioner For Dry Hair
435
2 offers from $30.00




TRUSS Infusion Conditioner 10.14 Oz
48
2 offers from $23.03

# Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product Description

It is recommended for extremely damaged and dry hair. It promotes extra deep hydration and also restores elasticity, revitalizes and deeply hydrates hair.

## Product details

**Product Dimensions :** 2.5 x 1.6 x 7.3 inches; 0.01 Ounces

**Item model number :** I0101797

**UPC :** 813230020171

**Manufacturer :** Truss

**ASIN :** B08B4VCFLX

**Country of Origin :** Brazil

**Best Sellers Rank:** #203,521 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
#4,144 in Hair Conditioner

**Customer Reviews:**
26 ratings

## Compare with similar items










| | This item TRUSS Ultra Hydration Plus 10.14 Oz | Truss Ultra Hydration Plus Conditioner | Truss Ultra Hydration Conditioner For Dry Hair | Truss Miracle Conditioner For Dry Damaged Hair |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (26) | (499) | (435) | (1381) |
| **Price** | $22.67 | $30.00 | $30.00 | $30.00 |
| **Shipping** | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| **Sold By** | Amazon.com | SBT Supply | SBT Supply | SBT Supply |
| **Brand Name** | TRUSS | TRUSS | TRUSS | TRUSS |
| **Hair Type** | Dry, Damaged | Curly, Damaged, Dull, Coarse, Straight, Dry, Color Treated | textured, Dry, Straight, Curly, color-and-chemically-treated-hair | textured, Dry, Straight, Curly, color-and-chemically-treated-hair |

## Videos

### Videos for related products



2:40

Oily scalp + dry ends

Here Comes Katherine

Upload your video

## Customer questions & answers

See questions and answers ›

## Customer reviews

4.3 out of 5

26 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 17% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 14% |

How customer reviews and ratings work

Top reviews

### Top reviews from the United States

Translate all reviews to English

Amazon Customer

**Disappointed**

Reviewed in the United States on October 14, 2021

Verified Purchase

It left the hair drier.

Helpful Report abuse

Martha Reynolds

**Cuidado con el vendedor me mandaron producto equivocado**

Reviewed in the United States on March 9, 2022

Verified Purchase

Ellos productos truss son buenísimos , el vendedor me mandó el producto equivocado .ordene el acondicionador de cabello y me mandaron el shampoo

Helpful Report abuse

Translate review to English

**See all reviews ›**

### Top reviews from other countries

Translate all reviews to English

Liliana

**No lo recomiendo**

Reviewed in Mexico on November 10, 2020

Verified Purchase

Mal producto, no cumple su función 👎

One person found this helpful

Report abuse

Translate review to English

See all reviews ›

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

**Get to Know Us**
- Careers
- Blog
- About Amazon
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell products on Amazon
- Sell apps on Amazon
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Rewards Visa Signature Cards
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market
Woot!
Zappos
Ring
eero WiFi
Blink
Neighbors App

America's Healthiest Grocery Store
Deals and Shenanigans
Shoes & Clothing
Smart Home Security Systems
Stream 4K Video in Every Room
Smart Security for Every Home
Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2022, Amazon.com, Inc. or its affiliates

# Exhibit 6

Hello
Select your address | All | Truss ultra hydration conditioner | Hello, Sign in Account & Lists | Returns & Orders | 0

All | Best Sellers | Amazon Basics | Today's Deals | New Releases | Customer Service | Prime | Music | Books | Kindle Books

**All Beauty** | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming

663

‹ Back to results

Sponsored






Roll over image to zoom in

# Truss Ultra Hydration Plus Conditioner

Visit the TRUSS Store

570 ratings

Price: $30.00 ($2.96 / Fl Oz) & FREE Returns

Get $50 off instantly: Pay $0.00 ~~$30.00~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| **Brand** | TRUSS |
| **Material Feature** | Natural |
| **Hair Type** | Dull, Coarse, Color Treated, Curly, Dry, Damaged, Straight |
| **Product Benefits** | Hydrating |
| **Age Range (Description)** | Adult |

## About this item

- Hydrating Conditioner For Extremely Damaged Hair; This Product Is Specifically Used For Hair With Extreme Damage; Intensive Moisture And Rebuilding Ingredients To Repair Damage Caused By Bleach Highlights Or Intense Chemical Damage
- Repair Conditioner With Keratin; Amino Acids And Protein Target Damaged Sites And Rebuild The Cuticle Layer Of Damaged Hair; This Cuticle Repair Formula Restores Manageability And Allows For Styling And Combing Without Added Breakage
- Color Safe And Color Protection; Damaged Hair Types And Coarse Textures Make Coloring And Maintaining Color Tone Difficult; Lock In Color By Sealing Cuticle And Keeping Color Inside Of The Hair Increasing Vibrancy For Dull Dry Hair
- Adds Body Shine And Detangles; Vitamin E And Vitamin F Improve The Elasticity Of Hair; Adds Body And Makes Curls More Uniform; Keeps Straight Hair Smooth With Less Split Ends And Breakage
- Anti Frizz Humidity Protection; By Locking In Moisture Hydrating And Repairing The Hair Your Cuticle Is Left With A Defensive Barrier Against Outside Humidity UV Damage; Keeps Your Hair Frizz Free

Compare with similar items

New (2) from $29.99 & **FREE Shipping**.

**One-time purchase:**
$30.00 ($2.96 / Fl Oz)
& FREE Returns

FREE delivery **Thursday, August 4**

Or fastest delivery **Tuesday, August 2**. Order within 7 hrs 41 mins

Select delivery location

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by SBT Supply

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

Add a gift receipt for easy returns

**Subscribe & Save:**
$30.00 ($2.96 / Fl Oz)
**First delivery on Aug 4**
Ships from: Amazon
Sold by: SBT Supply

Add to List

**Consider a similar item**



Redken Bonding Conditioner for Damaged Hair Repair | Acidic Bonding Concentrate | For All Hair Types
**10.1 Fl Oz**
(5111)
$30.00 ($2.97/Fl Oz)

New (2) from
$29.99 & **FREE Shipping**.

**Other Sellers on Amazon**

$29.99 ($2.96 / Fl Oz) Add to Cart
& **FREE Shipping**. Details
Sold by: LY Berditchev Co.

Have one to sell?
Sell on Amazon

6,495

Sponsored



Pacifica Beauty, Pineapple Curls Curl Defining Natural Conditioner, For Curl…
$9.50 ~~$10.00~~ prime
Save 5%
Subscribe & Save

Sponsored

Price history | Track product | Data | Earn Money | Settings → ebay

Keepa Box ✥ News ✥ Support ✥ Manage Price Watches ✥ Product Finder ✥ Find related Deals ✥ Related Best Sellers ✥ ASLBP




New
Sales Rank
List Price
New, 3rd Party FBM
New, 3rd Party FBA
Buy Box

Close-up view
Range Day
Week
Month
**3 Months**
Year
All (476 days)

Select area to zoom in. Double-click to reset. = shipping included
Toggle shown data by clicking on the legend.

(last update: 5 hours ago) 3 Community Tracking | Statistic | Compare international Amazon prices | Share Graph | More Historical Data

## Frequently bought together



\+



Total price: $56.64
Add both to Cart

One of these items ships sooner than the other. Show details

- [x] **This item:** Truss Ultra Hydration Plus Conditioner $29.99 ($2.96/Fl Oz)
- [x] Truss Deluxe Prime Hair Treatment $26.65 ($3.03/Fl Oz)

## Explore more from TRUSS

Sponsored




Truss Hair Protector Lightweight Styling Gel Cream
298
$28.00 ($3.31/Fl Oz)




Truss Ultra Hydration Conditioner For Dry Hair
460
$30.00 ($2.94/Fl Oz)




Truss Curly Conditioner To Control Frizz
148
$30.00 ($2.96/Fl Oz)




Truss Infusion Shampoo For Dry Dull Damaged Hair
663
$28.00 ($2.77/Fl Oz)




Truss Perfect Conditioner Advanced Anti Aging
138
$30.00 ($2.96/Fl Oz)

## Product Description

**About Truss Professional**

TRUSS has an impressive presence in more than 22 countries, with high quality products available for hairdressers in the finest hair salons of the world. The products deliver what they promise and results are incredibly noticeable from first application, creating instant customer loyalty amongst its consumers.

### Truss Ultra Hydration Plus Conditioner

*Hydrating Conditioner for Extremely Dry + Damaged Hair*

Ultra Hydration PLUS Conditioner repairs and protects extremely damaged hair types and restores elasticity and body to weakened hair strands and hair compromised by intense chemically services. Bleached, highlighted or double processed hair needs intensive moisture and vital nutrients to be replaced daily to manage your style and prevent splitting or excessive breakage.

- Deep Moisturizing Conditioner For Extreme Damage
- Anti-frizz + Humidity Protection
- Hydrate Colored & Highlighted Hair
- Collagen to Rebuild Elasticity
- Ultra Moisturizing For All Hair Types

### Deep Moisturizing Conditioner For Extreme Damage

- For *extremely damaged hair* from chemical services (Color, Bleach, etc.) & environmental factors.
- Promotes extra deep hydration.

- Restores elasticity, revitalizes and deeply hydrates.














| | Ultra Hydration Conditioner | Ultra Hydration Plus Conditioner | Infusion Conditioner | Miracle Conditioner | Equilibrium Conditioner | Man Nature Conditioner |
|---|---|---|---|---|---|---|
| Overview | Hydrating Conditioner with Intensive Moisturizing for Color Treated Hair | Deep Moisturizing Conditioner for Extreme Damage | 100% Vegan Keratin & Collagen Conditioner | Anti-Aging Moisturizing Conditioner | Conditioner for Oily Hair with Dry Ends | Lightweight Anti-Aging Conditioner For Healthier Hair Growth |
| Benefits | Promotes deep hydration. Restores and revitalizes. | Deep hydration, restores elasticity, revitalizes, adds body & shine. | Anti-aging repair for damaged hair. | Restores elasticity, providing intense 3D shine, resistance and softness. | Controls and balances excess oils and dryness. | Strengthens and revitalizes leaving a smooth feeling. |
| Hair Type | Recommended for all hair types. | For extremely damaged and dry hair. | For dry, dull, damaged hair. | Recommended for all hair types. | Recommended for oily scalp and dry ends. for oily scalp and dry ends. | For Hair, Beard and Skin |
| Usage | Ideal for daily use. | For extremely damaged and dry hair. | For extremely damaged and dry hair. | For extremely damaged and dry hair. | For extremely damaged and dry hair. | Recommended for daily use. |














| | | | | | |
|---|---|---|---|---|---|
| Ultra Hydration Shampoo | Ultra Hydration Plus Shampoo | Infusion Shampoo | Miracle Shampoo | Equilibrium Shampoo | Man Nature Shampoo |

| | | | | | | |
|---|---|---|---|---|---|---|
| Overview | Hydrating Shampoo with Intensive Moisturizing for Color Treated Hair | Deep Moisturizing Shampoo for Extreme Damage | 100% Vegan Keratin & Collagen Shampoo | Anti-Aging Moisturizing Shampoo | Shampoo for Oily Hair with Dry Ends | Daily Shampoo For Hair, Beard & Skin |
| Benefits | Promotes deep hydration. Restores and revitalizes. | Deep hydration, restores elasticity, revitalizes, adds body & shine. | Anti-aging repair for damaged hair. | Restores elasticity, providing intense 3D shine, resistance and softness. | Controls and balances excess oils and dryness. | Helps to prevent acne, folliculitis and dandruff, reducing redness and irritation of the scalp, beard and skin. It has an efficient deodorant action. |
| Hair Type | For all hair types. | For extremely damaged and dry hair. | For dry, dull, damaged hair. | Recommended for all hair types. | Recommended for oily scalp and dry ends. | For Hair, Beard and Skin. |
| Usage | Ideal for daily use. | Ideal for daily use. | Recommended for daily use. | Recommended for daily use. | Recommended for daily use. | Recommended for daily use. |




| | Net Mask | Perfect Mask | Specific Mask | Blond Mask | Miracle Mask | Ultra Concentrated Booster |
|---|---|---|---|---|---|---|
| Overview | Intensive Repair Mask for Curly Hair | Intensive Moisture, Conditioning Hair Mask for Elasticity & Shine | Hydrating Mask with Argan Oil | Hair Mask for Blonde, Bleached and Gray Hair | Intensive Moisture, Protein Infused, Keratin Conditioning Hair Mask | Vegan Hair Treatment Enhancement |
| Benefits | Revive Dry, Coarse Hair, Damaged Curls While Adding Shine, Moisture & Frizz Control | Achieve Shine & Elasticity | Deep Hydration Restores Moisture Balance | Promotes Extra Hydration and Neutralizes Unwanted Orange Tones and Brassiness | Intense Moisturizing Treatment, Provides Shine, Softness, Reduces Frizz, Restores Damaged hair | It recovers the hair protective lipid layer, thus preserving the water balance in the strand and restoring its impermeability. |
| Hair Type | Curly Hair & All Hair Types | Apply between shampoo and conditioner. Weekly Use. | All Hair Types | Blonde Hair | All Hair Types | Recommended for all hair use. |
| To Use | Apply between shampoo and conditioner. Weekly Use. | Apply between shampoo and conditioner. Weekly Use. | Apply between shampoo and conditioner. Weekly Use. | Apply between shampoo and conditioner. Weekly Use. | Apply between shampoo and conditioner. Weekly Use. | Recommended for daily use. |
| Key Ingredients | Proteins and Lipids | Hyaluronic Acid | Proteins and Amino Acids | Violet Pigments | Proteins and Amino Acids | |













| | Miracle Summer Shampoo | Miracle Summer Conditioner | Miracle Summer Mask | Miracle Summer Deluxe Prime |
|---|---|---|---|---|
| Overview | Daily shampoo that protects hair against summer aggressions caused by the ocean, the sun and the pool | Daily conditioner that protects hair against summer aggressions caused by the ocean, the sun and the pool | Hair treatment mask that protects hair against summer aggressions caused by the ocean, the sun and the pool | Versatile Protein Infused Spray for maximum protection against summer damage: sun, sea and pool |
| Benefits | Gently cleans, restores shine and prevents color fading. | Gently cleans, restores shine and prevents color fading. | Effective in hair regeneration, minimizes color fading and protects from sun damage. | Rebuilds, protects and seals hair strands. UV Protection Film. |
| Hair Type | Recommended for all hair types. | Recommended for all hair types. | Recommended for all hair types. | Recommended for all hair types. |
| Usage | Recommended for daily use. | Recommended for daily use. | Recommended for weekly use. | May be applied as often as needed. |

## Product details

**Is Discontinued By Manufacturer :** No
**Product Dimensions :** 7.87 x 5.91 x 3.15 inches; 10.58 Ounces
**Item model number :** 102.008
**Manufacturer :** Trusshair
**ASIN :** B077C3K3Y6
**Best Sellers Rank:** #51,010 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
#1,260 in Hair Conditioner
**Customer Reviews:**
570 ratings

## Compare with similar items

| | **This item** Truss Ultra Hydration Plus Conditioner | TRUSS Ultra Hydration PLUS Shampoo and Conditioner Set Bundle | Truss Ultra Hydration Conditioner For Dry Hair | EXURE Condition with Amla and Argan Oil, 8fl. oz. (240ML) |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (570) | (151) | (460) | (10) |
| **Price** | $30.00 | $52.80 | $30.00 | $28.50 |
| **Shipping** | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |

| | | | | |
|---|---|---|---|---|
| **Sold By** | SBT Supply | SBT Supply | SBT Supply | EXURE, Inc |
| **Brand Name** | TRUSS | TRUSS | TRUSS | Exure |
| **Hair Type** | Curly, Damaged, Dull, Coarse, Straight, Dry, Color Treated | textured, Damaged, Dry | textured, Dry, Straight, Curly, color-and-chemically-treated-hair | Dry, Damaged, Color Treated |
| **Size** | 10.14 Fl Oz (Pack of 1) | 10.14 Fl Oz (Pack of 2) | 10.14 Fl Oz (Pack of 1) | 8 Ounce |

## Videos

### Videos for related products

1:34
TRUSS Vegan Detox Shampoo
SBT Supply

0:45
How To Use
J & D BRUSH CO., LLC (OUIDAD)

2:40
Oily scalp + dry ends
Here Comes Katherine

Upload your video

## Customer Questions & Answers

See questions and answers

## Inspiration from this brand

**Truss Professional**
Visit the Store on Amazon

+ Follow




Let the best of you shine through.



Don't let your hair's healthy luster fade.




Hair health should always come first.



Manage your st

## Products related to this item

Sponsored




Truss Ultra Hydration Conditioner For Dry Hair
460
$30.00 ($2.94/Fl Oz)



CRACK HAIR FIX - Clean & Soaper Shampoo and In-Treatment Conditioner Set (10 oz)
283
$21.00 ($1.04/Fl Oz)




Truss Hair Protector Lightweight Styling Gel Cream
298
$28.00 ($3.31/Fl Oz)



TrueCider Creamy Conditioner
10
$28.50 ($28.50/Fl Oz)




Keranique Deep Hydration Hair Growth Stimulating Conditioner - Keratin Amino…
260
$29.99 ($2.50/Fl Oz)




Sponsored

## Customer reviews

4.7 out of 5

570 global ratings

| | |
|---|---|
| 5 star | 85% |
| 4 star | 6% |
| 3 star | 4% |
| 2 star | 2% |
| 1 star | 4% |

### Reviews with images



See all customer images

Top reviews

How customer reviews and ratings work




Sponsored


## Top reviews from the United States

Translate all reviews to English

Beatriz Moreno

**Me encanta**
Reviewed in the United States on June 15, 2022
Verified Purchase
Muy bueno , queda el pelo suave fresco , no caspa

Helpful Report abuse

Translate review to English

Liliana Hernandez

**Bien producto!**
Reviewed in the United States on May 4, 2022
Verified Purchase
A mi cabello le encanta, recomendado para cabellos resecos !

Helpful Report abuse

Translate review to English

RMR

**Love it!**
Reviewed in the United States on October 26, 2020
Verified Purchase
Smells great, makes my hair soft - just wish it wasn't so expensive for such a small bottle.

Helpful Report abuse

Stephanie M

**Beat Shampoo!**
Reviewed in the United States on March 26, 2022
Verified Purchase
Expensive, but definitely worth the money. The only brand that doesn't fade my highlights or make them brassy. Works wonders on split ends!!

Helpful Report abuse

Carla

**Silk hair**
Reviewed in the United States on March 13, 2020
Verified Purchase
My hair is chemically treated and this formula helps me to get back the natural oils

One person found this helpful

Helpful Report abuse

Edel sotolongo

**Lo máximo**
Reviewed in the United States on November 9, 2021
Verified Purchase
Lo mejor q se ha inventado ♡♡♡♡♡

Helpful Report abuse

Translate review to English

Geraldina Cirillo

**Awesome**

Reviewed in the United States on October 2, 2020

Verified Purchase

It is a better product I have bought

Helpful Report abuse

Midia Reis

**Totally worth it!**

Reviewed in the United States on April 24, 2020

Verified Purchase

Smells amazing and my it did wonders to my hair!

Helpful Report abuse

See all reviews ›

## Top reviews from other countries

Translate all reviews to English

Rogélia Maria Ramos Freire

**Porquê não comprei antes, me pergunto?**

Reviewed in Brazil on August 20, 2021

Verified Purchase

Me arrependi de não ter comprado essa antes tanto dinheiro gasto com produtos que nada adiantaram, me foi indicada tôda linha Truss hydration por uma prima que puder compre á linha completa shampoo, condicionador máscara o uso obrigatório é fabuloso, linha além de eficaz muito cheirosa podem comprar sem mêdo para cabelos ressecados sem brilho ainda não vi melhor.

One person found this helpful

Report abuse

Translate review to English

Ana Clara Moreno

**Não é ultra hidratação**

Reviewed in Brazil on December 29, 2021

Verified Purchase

Imaginei que seria uma super hidratação, mas não foi. Outra linha da truss que eu uso hidrata bem mais que essa

One person found this helpful

Report abuse

Translate review to English

Miguel Crecencio da Costa Neto

**Show!!!!**

Reviewed in Brazil on September 14, 2021

Verified Purchase

Muito bom mesmo, surpreendeu minhas espectativas.

Report abuse

Translate review to English

LAURA RODRIGUES AMOROZO

**Maravilhoso**

Reviewed in Brazil on May 27, 2022

Verified Purchase

Comprei o kit shampoo condicionador e uso obrigatório…aí não tem erro o cabelo fica realmente incrível

Report abuse

Translate review to English

Sylvia Rangel

**ÓTIMO**

Reviewed in Brazil on March 24, 2022

Verified Purchase

Produto ótimo, deixou cheiroso, macio e brilhoso, até meu marido reparou. Primeira vez que uso produto dessa linha. entrega rápida e o produto bem embalada e não veio estourado.

Report abuse

Translate review to English

**See all reviews ›**



Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

Get to Know Us
Careers
Amazon Newsletter
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2022, Amazon.com, Inc. or its affiliates

# Exhibit 7

.sg Deliver to United States All
Hello, Sign in Account & Lists Returns & Orders 0
All Best Sellers Customer Service Today's Deals Prime New Releases
Prime Day is July 12 & 13
All Beauty Luxury Beauty Skin Care Fragrances Makeup Men's Grooming Haircare Tools & Accessories Nail Care
PAYNOW Pay with PayNow Learn more ›

## Customers who viewed this item also viewed

Truss Ultra Hydration PLUS Conditioner

Truss Ultra Hydration PLUS Conditioner
496
S$42.00 (S$4.14/Fl Oz)

Beauty › Hair Care › Scalp Treatments




Roll over image to zoom in

# TRUSS Deluxe Prime Champagne Blond Treatment 8.79 Oz, 8.7899999999999991 Oz

Brand: TRUSS
109 ratings

Secure transaction Returns Policy

Currently unavailable.
We don't know when or if this item will be back in stock.

| | |
|---|---|
| **Brand** | TRUSS |
| **Number of items** | 1 |
| **Special features** | Not-Applicable |
| **Item dimensions LxWxH** | 5.3 x 5.3 x 12.2 centimetres |
| **Liquid volume** | 260 Millilitres |
| **Item weight** | 0.29 Grams |

### About this item

- Deluxe prime champagne blond is an intensive at-home Spray treatment for blonde,
- Highlighted, and silver hair
- Its formula was carefully developed with a blend of violet pigments that neutralizes warm tones.

Currently unavailable.
We don't know when or if this item will be back in stock.
Deliver to United States

Add to Wish List

Have one to sell?
Sell on Amazon

- item package weight: 0.65 ounces

**Prime Day is happening on July 12 and 13**
Our annual deal event exclusively for Prime members, featuring epic deals on top brands and products from small businesses.
Shop now

## Customers who viewed this item also viewed

Page 1 of 4

Truss Blond Mask With Violet Pigments 6.35oz
Truss Blond Mask With Violet Pigments 6.35oz
566
1 offer from S$48.57

Truss Miracle Conditioner - Color Safe, Repairing Conditioner with Amino Acids & Lipids to Increase Elasticity & Strengthen H
Truss Miracle Conditioner - Color Safe, Repairing Conditioner with Amino Acids & Lipids to Increase Elasticity & Strengthen…
1,304
1 offer from S$65.31

Truss Professional Miracle Hair Mask 6.35oz
Truss Professional Miracle Hair Mask 6.35oz
1,446
1 offer from S$35.79

Truss Ultra Hydration PLUS Conditioner
Truss Ultra Hydration PLUS Conditioner
496
S$42.00 (S$4.14/Fl Oz)

Truss S Hair Treat Supply
Truss Sho Treatmen Supply
1 offer fr

## Customers who bought this item also bought

Page 1 of 8

Truss Blond Mask With Violet Pigments 6.35oz
Truss Blond Mask With Violet Pigments 6.35oz
566
1 offer from S$48.57

Truss Miracle Conditioner - Color Safe, Repairing Conditioner with Amino Acids & Lipids to Increase Elasticity & Strengthen H
Truss Miracle Conditioner - Color Safe, Repairing Conditioner with Amino Acids & Lipids to Increase Elasticity & Strengthen…
1,304
1 offer from S$65.31

Truss Professional Miracle Hair Mask 6.35oz
Truss Professional Miracle Hair Mask 6.35oz
1,446
1 offer from S$35.79

TRUSS Day By Day Heat Protectant Spray for Hair - Leave-In Detangler Spray, Thermal Heat Protector, Frizz Control, Blowout -
TRUSS Day By Day Heat Protectant Spray for Hair - Leave-In Detangler Spray, Thermal Heat Protector, Frizz Control, Blowout - Moisturising…
207
S$45.42 (S$5.38/Ounce)

Truss S Hair Treat Supply
Truss Sho Treatmen Supply
1 offer fr

### Product description

It is an intensive at-home Spray treatment for blonde, highlighted, and silver hair. Its formula was carefully developed with a blend of violet pigments that neutralizes warm tones without dehydrating the hair, giving you the perfect Platinum effect.

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Truss |
| Item model number | I0101814 |
| Product Dimensions | 5.33 x 5.33 x 12.19 cm; 0.29 Grams |
| ASIN | B08B4TS7NS |

### Additional Information

| | |
|---|---|
| Date First Available | 13 June 2020 |
| Customer Reviews | 109 ratings<br>4.5 out of 5 stars |

### Feedback

Would you like to **tell us about a lower price?**

## Customer questions & answers

Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

4.5 out of 5

109 global ratings

| | |
|---|---|
| 5 star | 75% |
| 4 star | 14% |
| 3 star | 5% |
| 2 star | 2% |
| 1 star | 5% |

How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

Top reviews

### Top reviews from Singapore

There are 0 reviews and 0 ratings from Singapore

### Top reviews from other countries

Translate all reviews to English

Elenir

**Is very good**

Reviewed in the United Kingdom on 19 January 2021

**Verified Purchase**

Very good

Report abuse

Brizza Vidales Sifuentes

**Excelente producto pero tienes que tener mucho cuidado de que no escurra al ponértelo porque mancha**

Reviewed in Mexico on 19 December 2021

**Verified Purchase**

Tengo el cabello decolorado y este producto es excelente para matizar el rubio

One person found this helpful

Report abuse

Translate review to English

Gabriela G.

**Producto profesional muy bueno**

Reviewed in Mexico on 23 October 2021

Verified Purchase

Hay que usarlo en seco, dejarlo actuar por 10 minutos y proceder al lavado normal te revive y Matiza muy lindo

One person found this helpful

Report abuse

Translate review to English

todd b

**Great Product**

Reviewed in the United States on 21 November 2021

Verified Purchase

You should get in relatively fast, then leave alone. You have to letv it set... too much is too much! Practice, take picz and edit... a drop of makeup remover on the tip of an artists brush and gentky go aroubd the edges to soften tge libe if you do too much..

One person found this helpful

Report abuse

Tatiana Nefiodova

**El producto se derramó**

Reviewed in the United States on 11 February 2022

Verified Purchase

Creo que es un producto para uso profesional en los salones ! Aplicarlo en casa para mi fue un verdadero desastre ! Creo que debe ser con ayuda de alguien para distribuir bien el producto sobre el cabello !

One person found this helpful

Report abuse

Translate review to English

**See all reviews ›**

## Best Sellers in Beauty




CeraVe Hydrating Cleanser, 472 ml

12,945

#1 Best Seller in Beauty

S$25.40-S$60.46




CeraVe Salicylic Acid Cleanser, 8 Ounce, Renewing Exfoliating Face Wash with Vitamin D for Rough and Bumpy Skin, Fragrance Free

39,974

S$20.50-S$171.15




CeraVe Daily Moisturizing Lotion 12 oz with Hyaluronic Acid and Ceramides for Normal to Dry Skin

24,428

#1 Best Seller in Body Lotions

S$20.86-S$52.20




Biore Cleansing Oil Cotton Facial Sheets, Regular, 44ct

432

#1 Best Seller in Facial Cleansing Cloths & Wipes

1 offer from S$7.37




CeraVe Retinol Serum for Post-Acne Marks a Skin Texture | Pore Refining, Resurfacing, Brightening Facial Ser

25,291

#1 Best Seller in Facial Serums

S$34.28-S$75.99

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**

About Us
Careers
Press Releases
Amazon Science

**Connect with Us**

Facebook
Twitter
Instagram

**Make Money with Us**

Advertise Your Products
Sell on Amazon
Associates Programme
Fulfillment by Amazon

**Let Us Help You**

COVID-19 and Amazon
Your Account
Your Orders
Delivery Rates & Policies
Recycling
Help

Australia Brazil Canada China France Germany India Italy Japan Mexico Netherlands Poland Spain Turkey United Arab Emirates United Kingdom United States

Amazon Web Services
Scalable Cloud
Computing Services

Shopbop
Designer
Fashion Brands

Book Depository
Books With Free
Delivery Worldwide

Amazon Fresh
Groceries & More
Right To Your Door

AbeBooks
Books, art
& collectables

IMDb
Movies, TV
& Celebrities

Goodreads
Book reviews
& recommendations

Alexa
Actionable Analytics
for the Web

DPReview
Digital
Photography

Conditions of Use Privacy Notice Interest-Based Ads © 1996–2022, Amazon.com, Inc. or its affiliates

This is Google's cache of https://www.amazon.com/product-reviews/B08B4TS7NS/. It is a snapshot of the page as it appeared on May 5, 2022 05:42:41 GMT. The current page could have changed in the meantime. Learn more.

**Full version** Text-only version View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.



# Customer reviews

4.6 out of 5



**TRUSS Deluxe Prime Champ…**

by TRUSS

See All Buying Options

Add to Wish List

112 global ratings

| | |
|---|---|
| 5 star | 78% |
| 4 star | 14% |
| 3 star | 3% |
| 2 star | 2% |
| 1 star | 3% |

Write a review

How customer reviews and ratings work

## Top positive review

All positive reviews ›

todd b

**Great Product**

Reviewed in the United States on November 21, 2021

You should get in relatively fast, then leave alone. You have to letv it set... too much is too much! Practice, take picz and edit... a drop of makeup remover on the tip of an artists brush and gentky go aroubd the edges to soften tge libe if you do too much..

## Top critical review

All critical reviews ›

Tatiana Nefiodova

**El producto se derramó**

Reviewed in the United States on February 11, 2022

Creo que es un producto para uso profesional en los salones ! Aplicarlo en casa para mi fue un verdadero desastre ! Creo que debe ser con ayuda de alguien para distribuir bien el producto sobre el cabello !

One person found this helpful

## Questions? Get fast answers from reviewers

What do you want to know about TRUSS Deluxe Prime Champagne Blond Treatment 8.79 Oz, 8.7899999999999991 Oz?

Ask

Need customer service? Click here

Search customer reviews Search

**SORT BY** **FILTER BY**

Top rev… All reviewers All stars Text, image, …

112 total ratings, 14 with reviews

Translate all reviews to English

## From the United States

todd b

**Great Product**

Reviewed in the United States on November 21, 2021

**Verified Purchase**

You should get in relatively fast, then leave alone. You have to letv it set... too much is too much! Practice, take picz and edit... a drop of makeup remover on the tip of an artists brush and gentky go aroubd the edges to soften tge libe if you do too much..




Helpful Report abuse

Tatiana Nefiodova

**El producto se derramó**

Reviewed in the United States on February 11, 2022

Verified Purchase

Creo que es un producto para uso profesional en los salones ! Aplicarlo en casa para mi fue un verdadero desastre ! Creo que debe ser con ayuda de alguien para distribuir bien el producto sobre el cabello !

One person found this helpful

Helpful Report abuse

Translate review to English

Carolina

**I loved Brazilian Prosucts for Hair!!**

Reviewed in the United States on February 26, 2022

Verified Purchase

I loved products for hair of Trust!!

Helpful Report abuse

Yaneixy Varona Cardenas

**Gracias**

Reviewed in the United States on May 13, 2021

Verified Purchase

Queda bello mi color de cabello y me ayuda a mantener mi color



One person found this helpful

Helpful Report abuse

Translate review to English

Cássia Catelani

**I love it**

Reviewed in the United States on January 7, 2021

Verified Purchase

Very good

One person found this helpful

Helpful Report abuse

Alessa Frick

**bad product**

Reviewed in the United States on February 17, 2021

Verified Purchase

bad product

One person found this helpful

Helpful Report abuse

Liss

**llego roto**

Reviewed in the United States on September 19, 2021

Verified Purchase

el producto llego roto la tapa y regado

Helpful Report abuse

Translate review to English

LMZ

**Weightless toning for cool blondes**

Reviewed in the United States on January 7, 2022

THE best toning option out there for thin, blonde hair. This product does not weigh the hair down so that volume can be maintained with styling. Many purple conditioners are very heavy and tend to leave my hair limp and lifeless. Continue to use your favorite shampoo without the drying effects of purple shampoo. This product is applied in between shampoo and conditioner. Ensure that product is rinsed off of the tile wall in your shower or else it will stain the wall. The pigment included in this product is perfect to maintain the ashy/cool blonde look. This will also to help maintain silver or white hair. I've tried all of the conventional purple shampoo and conditioners out there and am a return customer for Deluxe Prime. I also use the clear Deluxe Prime as a heat protectant prior to blow drying. This is my 6th bottle purchased. Buy it - you will not regret it!

2 people found this helpful

Helpful Report abuse

Sherlocke The Sheepadoodle TOP 1000 REVIEWER

**After 1 Use And The Difference Is Really Amazing**

Reviewed in the United States on August 8, 2021

Verified Purchase

I recently got my hair done at a hairdresser who introduced me to Truss products, my hair hasn't looked this good in years (I'm Over 50!)
Top Left: Pic before Hair Appt
Top Right: After Getting It Colored & Using Truss
Bottom Left: After Using Truss Blonde Mask
Bottom Right: Using Truss Deluxe Champagne
I used this today for the first time on damp shampooed hair, and Wow!
There's a couple ways to use Truss Deluxe Prime Champagne Blonde.
1. In the shower after shampooing but before conditioning.
2. This is the one I did- Wash your hair in the sink and towel/air dry your hair until it's barely damp, section hair, apply, then let sit 10 mins (or sooo, I did longer) and rinse then Condition or Use a hair mask.
3. Apply directly to dry hair, let sit 3-10mins and hop in the shower, shampoo & condition.
It comes out as a purple spray,
CAUTION: Will stain anything it over sprays on ie: floor, walls,etc, your nails…
I have used the Truss purple mask & this.. I like them both (mask is easier but this would be my fav!!)



One person found this helpful

Helpful Report abuse

Belinda

**Buenísimo!!!!**

Reviewed in the United States on April 23, 2021

Verified Purchase

Me encanto!!!
En la primera aplicación se noto el cambio.

One person found this helpful

Helpful Report abuse

Translate review to English

← Previous page Next page →

‹ **See all details for TRUSS Deluxe Prime Champagne Blond Treatment 8.79 Oz,...**

## Your recently viewed items and featured recommendations

*After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.*

› **View or edit your browsing history**

Back to top

**Get to Know Us**

Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use  Privacy Notice  Interest-Based Ads  © 1996-2022, Amazon.com, Inc. or its affiliates

# Exhibit 8

Save with quantity discount

Deliver to Jake
Irvington 07111

… truss deluxe prime champag

Departments Get the app Back to School Amazon Commercial EN Hello, Robert Account for Rosenbaum Fa… Lists Business Prime 0

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming

amazon pharmacy The pharmacy that really delivers Learn more ›

‹ Back to results

**Purchased 17 times.**
Last purchased Dec 22, 2021
Color: **Champagne Blond** | View order

Set reminder



VIDEO

# TRUSS Deluxe Prime Champagne Blond Hair Toner

Visit the TRUSS Store
3,362 ratings
| 28 answered questions

Price: $36.80 ($4.19 / Fl Oz)
& FREE Returns

Thank you for being a Business Prime Member. **Get $200 off: Pay $0.00 ~~$36.80~~** upon approval for the **Amazon Business Prime Card** with an eligible Prime membership. Terms apply.

May be available at a lower price from other sellers, potentially without free Prime shipping.

Color: **Champagne Blond**



$36.80 ($4.19 / Fl Oz) | $32.00 ($3.64 / Fl Oz)

| | |
|---|---|
| **Color** | Champagne Blond |
| **Brand** | TRUSS |
| **Item Form** | Spray |
| **Hair Type** | Color-and-chemically-treated-hair, Curly, Normal, Textured, Straight |
| **Full Cure Time** | 10 Minutes |

## About this item

- Toning And Recovery Treatment; This Blend Of Violet Pigments Neutralizes Brassiness Or Unwanted Warm Tones In Natural Bleached Or Color Treated Hair

**Delivery** | Pickup

**Buy new:**
$36.80 ($4.19 / Fl Oz)
& FREE Returns

FREE delivery **Monday, August 1**. Order within 13 hrs 45 mins

Deliver to Rosenbaum - Irvington 07111

**Count Stock!** OS Addon

In Stock.

Qty: 1

Buying in bulk?

Add to Cart

Secure transaction

Sold by SBT Supply and Fulfilled by Amazon.

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add a gift receipt for easy returns

**Recurring delivery**
$36.80 ($4.19 / Fl Oz) ($4.19 / Fl Oz)

Add to List

New (2) from
$33.99 & **FREE Shipping**

**Other Sellers on Amazon**
$36.80 ($4.19 / Fl Oz) Add to Cart

- Champagne Hair Color Depositing Treatment; Use As An Intensive Color Booster To Refresh Cool Platinum Ash Blonde Grey Hair Or Highlighted Hair Only; Lengthens The Life Of Your Fading Hair Color Between Salon Visits
- Hair Repair Protein Treatment; Fortify Your Hair; Refresh Color And Repair Chemical Damage With Natural Proteins; Adds Shine And Locks In Moisture For More Manageable Healthy Hair; Free Of Metals And Oxidants
- Apply While In The Shower; Shampoo Hair; Remove Excess Water And Spray Evenly From Roots To Ends; Let Sit For Three To Ten Minutes; Rinse And Apply Conditioner Or Mask
- Full Coverage Dry Application; Shampoo And Dry Hair; Do Not Use Conditioner; Apply With Gloves To Keep Hands From Staining; Apply To Hair Roots To Ends; Comb Through Hair And Allow To Sit At Least Ten Minutes

Sold by: SBT Supply

Have one to sell?

Sell on Amazon



**Introducing Amazon Pharmacy**
Now you can have your medication delivered just like everything else. Learn more >

Price history | Track product | Data | Variations | Earn Money | Settings → ebay

Keepa Box ❖ News ❖ Support ❖ Manage Price Watches ❖ Product Finder ❖ Find related Deals ❖ Related Best Sellers ❖ ASLBP




New
Sales Rank
List Price
New, 3rd Party FBM
New, 3rd Party FBA
Buy Box
eBay New

Close-up view
Range Month
**3 Months**
Year
All (1601 days)

Select area to zoom in. Double-click to reset. = shipping included
Toggle shown data by clicking on the legend.

(last update: 44 minutes ago) 2 Community Tracking | Statistic | Compare international Amazon prices | Share Graph
More Historical Data

## Make it a bundle

We found 3 bundles with this item:

TRUSS Deluxe Prime Champagne Blond Hair Toner





## Frequently bought together


+

+


Total price: $85.89

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

- [x] **This item:** TRUSS Deluxe Prime Champagne Blond Hair Toner $36.80 ($4.19/Fl Oz)
- [x] Truss Miracle Shampoo Repairs Damaged Hair $23.01 ($2.27/Fl Oz)
- [x] Truss Miracle Conditioner For Dry Damaged Hair $26.08 ($2.47/Fl Oz)

## Products related to this item

Page 1 of 49

Sponsored


Bold Uniq Purple Hair Mask - For Blonde, Platinum, Bleached, Silver, Gray, Ash & Br...
42,187
$24.95 ($3.69/Fl Oz)


Shrine Drop It - Hair Toner - Temporary Hair Color - Rich, Natural Autumn & Winter ...
266
$16.99 ($25.36/Ounce)


Blondz Only Purple Conditioner Treatment Mask Rubio Marfil Ivory Blonde with Argan ...
15
$7.70 ($0.65/Fl Oz)


eSalon Demi-permanent Hair Color Pro Toner Set, Free of Ammonia, PPD, and Resorcino...
15
$22.50 ($22.50/Count)


KERACOLOR Clenditioner SILVER Hair Dye - Semi Permanent Hair Color Depositing Condi...
69,013
$22.00 ($1.83/Fl Oz)

## Product Description



**Temporary Champagne Blonde Hair Toner**








### Translucent Champagne Blonde Hair Toner

- Use as a hair color booster treatment to bring your golden, wheat, or warmer blonde tone back to life.
- Removes unwanted orange and brassiness.
- Full coverage when applied to dry hair.

### Color Protection For All Cool or Ash Blonde Hair

- This formula blocks humidity and moisture keeping your hair smoother longer, and creates a barrier against moisture that can ruin your style.
- Use as an anti-frizz product for waves or curls whether you use an iron or you air dry, define and keep you curls frizz free and shiny.

### 3 To 10 Minutes Hair Color Treatment

Apply this product to clean, damp hair and style as usual to reduce blow dry time and protect hair from heat and damage to your color. As an intensive color restore leave in treatment:

- Apply gloves if desired to keep hands from staining
- Full coverage when applied to dry hair. For maximum coverage of grey hair.
- Apply to damp hair after shampooing
- Comb product through and clip up
- Allow to sit between 3 and 10 minutes. Longer for more dye deposit.
- Condition normally or add a hair mask
- Rinse






| | Champagne Blond | Honey Blond | Chestnut Cool Brown | Warm Brown Chocolate | Copper | Marsala Red |
|---|---|---|---|---|---|---|
| Overview | Toning & Recovery Treatment & Daily Color Maintenance. | Toning & Recovery Treatment & Daily Color Maintenance. | Toning & Recovery Treatment & Daily Color Maintenance. | Toning & Recovery Treatment & Daily Color Maintenance. | Toning & Recovery Treatment & Daily Color Maintenance. | Toning & Recovery Treatment & Daily Color Maintenance. |
| Benefits | Removes brassiness and unwanted yellow and orange tones. | Intensifies honey, beige and golden tones. | Intensifies brown and darker tones. | Intensifies brown to warmer tones. | Intensifies copper tones. | Intensifies red tones. |
| Current Hair Color | Platinum, Ash, and Natural Blonde | Blonde | Brown to Dark | Brown to Warmer | Cooper | Red |
| Grey & Fine Hair | Full coverage if applied on dry hair. | Full coverage if applied on dry hair. | Full coverage if applied on dry hair. | Full coverage if applied on dry hair. | Full coverage if applied on dry hair. | Full coverage if applied on dry hair. |








| | Night Spa Serum | Instant Repair | Miracle Amino | Shock Repair | Scrub Therapy | Deluxe Prime |
|---|---|---|---|---|---|---|
| Overview | Overnight Hair Treatment | Hair Protector and Humidity Blocker Leave-in | Heat Protectant Spray for Hair | Highly Concentrated Ampoules For Weekly Reconstruction & Hair Repair | Scalp Exfoliant Pre-Treatment | Versatile Protein Infused Spray |
| Benefits | Deep moisturizing, Anti-Frizz and Anti-Aging Night Serum Designed to Protect and Restore Softness and Shine | Protects, Recovers and Seals Split Ends. | Increase Hydration and Replenish Amino Acids lost through Chemical Processes. | Promotes Hydration, Strength And Protection | Prevents Flungal Growth and Dandruff | Restores Devitalized, Fragile, Damaged and Chemically Treated Hair. |
| Hair Type | Dry & Damaged Hair | All Hair Types | Chemically Treated Hair | Damaged Hair | Oily & Dandruff Hair | All Hair Types |
| Usage | Weekly at Night | Daily | Weekly | Weekly | Weekly | Weekly |
| Key Ingredients | 100% Vegan Wax Base | Polisil, Amisil, Nano Repair, Avocado Oil and Argan Oil | Blend of Miracle Oils, Nano Repair, Amisil and Keratin | Nano Repair, Amino Acids, Panthenol, Avocado Oil | Prebiotics, Multifunctional Actives, Apricot Microspheres, Cool Ice Menthol, | Nano Repair, Amisil, Bio-Cysteine, and Keratin |








| Acqua Gel | Fix Pomade | Volumizing Style Powder | Fluid Fix | Hair Protector | Body & Volume |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| What it is | Gel with moderate shine and medium/strong flexible hold. | Texture and a matte effect for a perfect style and shape. | Powder fiber for root volume and texture in a few seconds! | Medium hold leave-in spray for curl definition that lasts up to 24 hours while using the curling iron. | A light-weight gel-based daily leave-in that restores hair's natural structure. | Gel leave-in for extra body & volume. |
| Hold | 2 out of 5 | 3 out of 5 | 3 out of 5 | 3 out of 5 | 0 out of 5 | 2 out of 5 |
| Shine | 5 out of 5 | 4 out of 5 | 0 out of 5 | 2 out of 5 | 4 out of 5 | 3 out of 5 |
| Volume | 3 out of 5 | 2 out of 5 | 5 out of 5 | 0 out of 5 | 0 out of 5 | 3 out of 5 |
| Ideal Hair Type | For All Hair Types | Short Hair | Hair the needs Volume, Texture and Body | Curly Hair | For All Hair Types | Hair Looking For Volume, Body and Texture |
| Directions | Apply product, spreading and styling as desired. For texture, use a blow-dryer. | Apply on dry hair and style as usual. For texture, use blow dryer. | Apply small quantity on dry hair and style. | Spray product on a dry section of hair. Use curling iron to create the curls. | Apply product, massage gently. Blow dry. | Apply on humid hair and blow dry. |

| |  Miracle Summer Shampoo |  Miracle Summer Conditioner |  Miracle Summer Mask |  Miracle Summer Deluxe Prime |
|---|---|---|---|---|
| Overview | Daily shampoo that protects hair against summer aggressions caused by the ocean, the sun and the pool | Daily conditioner that protects hair against summer aggressions caused by the ocean, the sun and the pool | Hair treatment mask that protects hair against summer aggressions caused by the ocean, the sun and the pool | Versatile Protein Infused Spray for maximum protection against summer damage: sun, sea and pool |
| Benefits | Gently cleans, restores shine and prevents color fading. | Gently cleans, restores shine and prevents color fading. | Effective in hair regeneration, minimizes color fading and protects from sun damage. | Rebuilds, protects and seals hair strands. UV Protection Film. |
| Hair Type | Recommended for all hair types. | Recommended for all hair types. | Recommended for all hair types. | Recommended for all hair types. |
| Usage | Recommended for daily use. | Recommended for daily use. | Recommended for weekly use. | May be applied as often as needed. |

## Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 0.79 x 0.79 x 0.79 inches; 12.32 Ounces

**Item model number :** 104.028

**UPC :** 081321802207 813218022074

**UNSPSC Code :** 53131602

**Manufacturer :** TRUSS

**ASIN :** B077BWZJKN

**Best Sellers Rank:** #9,123 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
#5 in Hair Color Correctors

**Customer Reviews:**
3,362 ratings

## Videos

### Videos for this product


0:11
Awful spray stained everywhere

Paul Stevens



1:21
Truss Deluxe Prime Colors

SBT Supply

Upload your video

## Customer questions & answers

Have a question? Search for answers

0 votes

**Question:** Is this a leave in conditioner? Is there a link for blonde hair one?

**Answer:** After shampoo you apply this product in your hair leave it for 5 min then you apply hair mask or conditioner and wash your hair, some people use to wash it and then apply hair mask, but I do prefer to apply hair mask on top of it and leave for more 5 min and wash it, this product is great for blond hair and demage hair.

By Mary on September 21, 2018

See more answers (1)

0 votes

**Question:** Can you use the miracle treatment and the color spray together or does the color spray also provide conditioning/protein?

**Answer:** I have only used the prime and it's phenomenal.

By LD on July 31, 2020

0 votes

**Question:** Will this product color hair grown at the root brown with white threads? Or just tones where there is ink?

**Answer:** Not sure what you mean, about tones where there is ink, but it does help cover gray hair at the roots. I use the blonde tones and it blends in the gray, so I can go longer between haircoloring. It's also VERY good for your hair, makes it stronger and less dry. Without it, my hair is like straw and it's not weighted dow… see more

By ClothesMinded on February 7, 2020

0 votes

**Question:** Will this cover hair that is starting to gray?

**Answer:** I bought the red product. Unless you apply it right on your part and let it sit for a while, it won't. I put it on my hair and it left red streaks. My hairdresser got a laugh

By Emily Curtin on January 24, 2020

See more answered questions (24)

## Important information

### Ingredients

Aqua, Amodimethicone, C11-15 Pareth-7, Laureth-9, Glycerin, Trideceth-12, Dicetyldimonium Chloride, Cetearyl Alcohol, Behentrimonium Methosulfate, Stearamidopropyl Dimethylamine, Bis-Cetearyl Amodimethicone, Ceteareth-7, Ceteareth-25, Commiphora Myrrha Resin Extract, Propolis Extract, Beeswax, Candelilla Cera, PEG- 40, PPG-8, Methylaminopropyl, Hydropropyl Dimethicone Copolymer, Parfum, Glutamic Acid, Serine, Carbocysteine, Hydrolyzed Rice Protein, PEG-90M, Polyquaternium-10, Methylchloroisothiazolinone, Methylisothiazolinone, Gossypium Herbaceum Seed Oil, Prunus Amygdalus Dulcis Oil, Zea Mays Oil, Helianthus Annuus Seed Oil, Triticum Vulgare Germ Oil, Persea Gratissima Oil, Lecithin, Hydrogenated Polyisobuteno, Glyceryl Linoleate, Glyceryl Linolenate, Tocopheryl Acetate, Octyldodecanol, Oleth ? 3, Acid Violet 43, Citric Acid, Arginine HCL, Acetyl Cysteine, Creatine, Proline, Glycine, Propylene Glycol, Panthenol, Keratin, Phenoxyethanol, Ethylparaben, Methylparaben, Propylparaben, Butylparaben, HC Blue 2 and Linalool.

### Directions

Apply product, massage gently. Blow dry

## Inspiration from this brand

**Truss Professional**
Visit the Store on Amazon

+ Follow




Add a new texture to your life.




Summer essentials!




Let it loose!




Manage your style with pr

## Products related to this item

Page 1 of 28

Sponsored




Bold Uniq Purple Hair Mask - For Blonde, Platinum, Bleached, Silver, Gray, Ash & Br...
42,187
$24.95 ($3.69/Fl Oz)




KERAZON Blonde Brazilian Hair Botox Treatment Purple Mask Platinum Effect & Silver ...
354
$39.99 ($5.00/Ounce)
Climate Pledge Friendly




Blondz Only Purple Conditioner Treatment Mask Rubio Marfil Ivory Blonde with Argan ...
15
$7.70 ($0.65/Fl Oz)




Sea Salt Spray for Hair Men & Women - Beach Waves Spray Hair Texturizer, Hair Spray...
27
$12.78 ($2.13/Fl Oz)




Brae Wanna Be Blond Bleach Powder - Collagen-Rich Formula - Safe to Use - Condition...
251
$29.69 ($29.69/Count)

Sponsored

## Customer reviews

4.6 out of 5

3,365 global ratings

| | |
|---|---|
| 5 star | 82% |
| 4 star | 7% |

### Reviews with images






3 star 5%

2 star 2%

1 star 4%

How customer reviews and ratings work

## By feature

| | |
|---|---|
| Softness | 4.4 |
| Scent | 4.3 |
| Easy to use | 4.2 |

See more

## Review this product

Share your thoughts with other customers

Write a customer review

Sponsored

See all customer images

## Read reviews that mention

hair soft | shampoo and conditioner | easy to use | let it sit | leaves my hair | heat protection | waste of money | blow drying | cool brown | highly recommend | little bit | started using | feels much

Top reviews

## Top reviews from the United States

Rebecca

**A must have- highly recommend**

Reviewed in the United States on December 29, 2019

Color: Miracle **Verified Purchase**

Love this product. Easy to use and It has made such a difference when I have my hair colored. I've had better results than using the follow up olaplex.

Saw a few comments about the leave in directions. My colorist said the Miracle is the only one that can be used as a leave in, the others must be rinsed.

16 people found this helpful

Helpful Report abuse

Isabella Daise Franco de Lima

**Perfection in a bottle**

Reviewed in the United States on October 29, 2020

Color: Miracle **Verified Purchase**

I have used a couple of times before write that review, and now I can give a trustful opinion about that. Just buy it, because is AMAZING!
I'm trying to recover one "bad high lights experience", that let my hair without elasticity. And now my hair looks so shine, soft, and I can notice that is getting stronger too!



15 people found this helpful

Helpful Report abuse

Smart One

**The best!**

Reviewed in the United States on October 12, 2018

Color: Champagne Blond **Verified Purchase**

Love this, best product I've ever used to remove copper and yellow undertones on my highlighted hair that is going gray. We have extremely hard water where we live in the country and I've struggled with this for years. So glad I found this product!

30 people found this helpful

Helpful Report abuse

Gabriela F.

**One thousands stars!!!!!!??**

Reviewed in the United States on March 11, 2020

Color: Miracle **Verified Purchase**

Omg this product is just AMAZING!! My hair is soooo better since I started using this once a week. And I have blonde highlights which makes my hair a little dry, and after my trip to Mexico my hair was very damaged because the sea and pool water, but this solved all my problems. My hair feels so much better now

13 people found this helpful

Helpful Report abuse

Sherlocke The Sheepadoodle TOP 1000 REVIEWER

**Works Great! We started using the Truss line & it's TOTALLY HELPED MY HAIR**

Reviewed in the United States on October 2, 2021

Color: Miracle **Verified Purchase**

My daughter and I use the Deluxe Prime and the Truss shampoo and conditioner. She has a TON of wavy course hair and my hair is over processed and thin but it's made a huge improvement on both. I also use their purple spray and to help keep my color from turning brassy. It's not a one time fix, it gets better and better within the first couple weeks of use.




4 people found this helpful

Helpful Report abuse

Perez

**Miracle hair treatment**

Reviewed in the United States on December 5, 2021

Color: Miracle **Verified Purchase**

So this was my second time ordering this product and I can't lie my hair loves this stuff. The second time my bootle did break along the way, but I just poured the treatment into my old bottle. It will literally last you 6-8 months if you don't wash your hair to often. My hair is soft and healthy because of this stuff. I never forget to spray it into my hair after I get out of the shower. Also, if you like a strong floral scent/ fabuloso scent this product is for you! ☺

One person found this helpful

Helpful Report abuse

Tovah

**Use on damp hair and wear gloves!!**

Reviewed in the United States on April 25, 2020

Color: Champagne Blond **Verified Purchase**

Amazing color! Wish I'd have taken a photo! It's amazing but you've GOT to wear gloves and use exactly as directed. Old towel is a must and combing it through in sections is a must to keep it even? I like it enough to buy it again but I'm using Schwarzkopf Blush Shampoo in Colors Apricot and Lilac. Loving them so far. They last longer than this Truss as well FYI. BUT, the Truss does indeed come out completely, not sure about Schwarzkopf Blush shampoo wash in yet. Truss has Chanmagne which is what I wanted and I got that color. I only wash every 4 days so it does lsat!

One person found this helpful

Helpful Report abuse

Amber

**Ahhhhhhh - maaaazing! A must have**

Reviewed in the United States on March 1, 2020

Color: Miracle **Verified Purchase**

Guys! I just tried this. Per directional use on the bottle....wash shampoo out of hair, squirt the product on chair, rinse then a masque or conditioner after, then rinse again. My hair is bleached and toned, so it was kinda dry (very dry and processed lol) and in need of nutrition and softness. This did it! My hair is soft and so silky. Thank goodness. I totally will use this forever. It's great gals. Use this to make your hair feel it's best version of its self. It's not weighted down at all.... it doesnt have a sticky or nasty feel. I don't eve use hair spray cause I hate that feeling. It feels great. Just like natural hair texture. It's soft and amazing.
Yay! I'm so glad I tried this.....

Helpful Report abuse

See all reviews ›

## Top reviews from other countries

Translate all reviews to English

ABud

**Nice**

Reviewed in the United Kingdom on January 17, 2021

Color: Miracle **Verified Purchase**

Works with my damaged curly hair

Report abuse

Marina Caroline Tavares de Souza

**Prefiro a versão original.**

Reviewed in Brazil on May 24, 2022

Color: Champagne Blond **Verified Purchase**

Ele ajuda com o amarelado dos fios, mas o uso é restrito, só sendo possível utilizar com enxágue. É bem roxo, eu não sou muito fã desses desamareladores, deixam o box do banheiro todo cagado de azul.

No mais, além de não possuir a versatilidade da versão tradicional, não senti que entrega os mesmos resultados. Não compraria novamente.

2 people found this helpful

Report abuse

Translate review to English

Tate

**Entrega o que promote**

Reviewed in Brazil on December 9, 2020

Color: Champagne Blond **Verified Purchase**

Adorei esse produto. Melhorou muito o aspecto do meu cabelo que está bastante danificado por química. Como ele é muito líquido, acaba espalhando demais e mancha bastante o banheiro. Esse é o aspecto ruim do produto.

4 people found this helpful

Report abuse

Translate review to English

JANAINA

**Desamarelador**

Reviewed in Brazil on November 9, 2020

Color: Champagne Blond **Verified Purchase**

Fiz as mechas e nao ficaram como eu esperava... usei e deixei um pouco mais de tempo nos locais que nao estavam como eu queria e teve uma resposta bem positiva.

Quanto a reconstrução ainda nao deu pra avaliar.

4 people found this helpful

Report abuse

Translate review to English

RHINA DE LA O

**PRODUCTO EQUIVOCADO**

Reviewed in Mexico on January 17, 2022

Color: Miracle **Verified Purchase**

Ordené el producto TRUSS DELUXE PRIME MIRACLE TREATMENT, pero recibí Deluxe Prime Miracle SUMMER, y ese no es tratamiento, es protector de sol, agua salada, piscina.

Case 2:22-cv-04242-BRM-CF Document 10-2 Filed 08/02/22 Page 110 of 126 PageID: 225

4 people found this helpful

Report abuse

Translate review to English

See all reviews ›

## Explore more from TRUSS

Sponsored


Truss Ultra Concentrated Hair Mask Booster Treatment
90
$32.00 ($9.47/Fl Oz)


Truss Vegan Detox Shampoo 10.14oz
67
$36.84 ($3.63/Fl Oz)


Truss Ultra Hydration Plus Conditioner
567
$29.66 ($2.93/Fl Oz)


Truss Curly Light Hair Cream Defines Curly Hair
141
$29.40 ($3.48/Fl Oz)


Truss Ultra Hydration Conditioner For Dry Hair
460
$29.67 ($2.91/Fl Oz)


Truss Man I Conditione
$30.00

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Have an idea to help us improve? **Send feedback ›**

**Get to Know Us**
- Careers
- Blog
- About Amazon
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices

**Let Us Help You**
- Customer Service
- Shipping Rates & Policies
- Business FAQ
- Contact Us

**Work with Amazon**
- Sell on Amazon Business
- Fulfillment By Amazon
- Advertise on Amazon
- Sell Services on Amazon
- Amazon Global Selling

**Business Solutions**
- Amazon Business app
- Amazon Business Solutions
- Manage Suppliers
- Purchasing Systems
- Amazon Business Card
- Pay by Invoice Purchasing Line
- Amazon Business Blog

**Business Settings**
- Add people
- Billing & shipping
- Manage your Budgets (Blanket PO)
- Buying Policies & Approvals
- Certifications
- System integrations

**Buy For Your Business**
- Buy wholesale
- Today's Deals
- Buy Again
- PPE for Work
- Back to School

**Scan the QR code to download the new Amazon Business app**

prime

GET IT ON Google Play
Download on the App Store

English
United States

Alexa
Actionable Analytics for the Web

Amazon Marketing Services
Self-service Advertising Solutions

Amazon Payments
Login and Pay with Amazon

Amazon Web Services
Scalable Cloud Computing Services

Mechanical Turk
On-demand Scalable Workforce

Buy for Others
Kindle eBook Bulk Buying Solution

Conditions of Use  Privacy Notice  Interest-Based Ads  © 1996-2022, Amazon.com, Inc. or its affiliates

# Exhibit 9

# Complaint details BETA

**Status:** Under additional review

**Date submitted:** Jun 08, 2022, 04:04 PM

**Amazon store:** amazon.com

**Infringement type:** Trademark: Product detail page

**Brand:** Truss

**Trademark:** 4738823

**Contact name:** Robert Segall

**Contact email:** BRANDprotection@rosenbaumfamularo.com

**Submitter email:** Brandprotection@rosenbaumfamularo.com

**Submission type:** Report a Violation

**Additional information**

The identified listings are using our client's trademark unlawfully in the title and descriptions.

Retract a complaint | Escalate a complaint

| ASIN | Product name | Content reported | Last status update | Status |
|---|---|---|---|---|
| B01M9J8EGD | TRUSS Shock Repair Treatment - Highly Concentrated Doses for Hair Reconstruction in 4 Weeks, 1 count | Complete ASIN - all offers | Jun 21, 2022, 05:36 AM | Under additional review |
| B01MDULN98 | TRUSS Therapy Shampoo 10.14 Oz (I0101795) | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |
| B01MDULUIP | TRUSS Shampoo Miracle Summer 300ML/10.56FL.OZ | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |
| B079Z3N49J | TRUSS Equilibrium Conditioner 10.14 Oz | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |
| B07MF93JXX | TRUSS Curly Light Leave-in Cream 8.45 Oz, 8.4499999999999993 Oz (I0101824) | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |
| B07RSSND9T | TRUSS Infusion Shampoo 10.14 Oz (I0101802) | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |
| B08466BCCF | Truss Curly Twist Leave In Curl Defining Cream | Complete ASIN - all offers | Jun 21, 2022, 05:36 AM | Under additional review |
| B089MWNCMW | TRUSS Infusion Conditioner 10.14 Oz | Complete ASIN - all offers | Jun 21, 2022, 05:36 AM | Under additional review |
| B08B4TB9R6 | TRUSS Ultra Hydration Plus 10.14 Oz | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |
| B08B4TJPGZ | TRUSS Instant Repair Treatment 1.52 Oz | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |

Showing 1 - 10 of 19

< 1 2 >

10 results per page

# Complaint details BETA

**Status:** Under additional review

**Date submitted:** Jun 08, 2022, 04:04 PM

**Amazon store:** amazon.com

**Infringement type:** Trademark: Product detail page

**Brand:** Truss

**Trademark:** 4738823

**Contact name:** Robert Segall

**Contact email:** BRANDprotection@rosenbaumfamularo.com

**Submitter email:** Brandprotection@rosenbaumfamularo.com

**Submission type:** Report a Violation

**Additional information**

The identified listings are using our client's trademark unlawfully in the title and descriptions.

Retract a complaint | Escalate a complaint

| ASIN | Product name | Content reported | Last status update | Status |
|---|---|---|---|---|
| B08B4TNL75 | TRUSS Curly Shampoo 10.14 Oz | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |
| B08B4TS7NS | TRUSS Deluxe Prime Champagne Blond Treatment 8.79 Oz, 8.7899999999999991 Oz | Complete ASIN - all offers | Jun 21, 2022, 05:36 AM | Under additional review |
| B08B4VCFLX | TRUSS Ultra Hydration Plus 10.14 Oz | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |
| B08B4VNWJM | TRUSS Perfect Conditioner 10.14 Oz | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |
| B08B4VYHPQ | TRUSS Curly Conditioner 10.14 Oz | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |
| B08B4W2Y64 | TRUSS Equilibrium Shampoo 10.14 Oz | Complete ASIN - all offers | Jun 21, 2022, 05:36 AM | Under additional review |
| B08B4W3G6G | TRUSS Fix Pomade 1.94 Oz | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |
| B08B4W6J8N | TRUSS Perfect Mask 6.35 Oz | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |
| B08B4WF4YK | TRUSS Perfect Shampoo 10.14 Oz | Complete ASIN - all offers | Jun 12, 2022, 05:03 PM | Under additional review |

Showing 11 - 19 of 19

< 1 2 >

10 results per page

# Exhibit 10

Manage Protect Monitor Support

English

Help | Settings

# Report a violation

Learn how to best use this tool

This form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements.

To report other policy violations or forms of abuse, contact us.

You can now view the history of your reported violations and their status on the Submission history page.

**Searching:** ?

amazon.com | Enter product, brand, order number or up to 100 comma-separated ASINs/product URLs | Search

or

**Search by image**

**Browse**

File types: jpeg, jpg format. Maximum file size: 2MB.
For best results, use images that are over 500x500 pixels and include distinguishable features, such as edges and text.

Conditions of Use

FEEDBACK

# Exhibit 11

Amazon

brandregistry.amazon.com/brand/report-a-violation?ref=brnav_to_rav

Incognito Update

amazon Manage Protect Monitor Support

English Help | Settings

# Report a violation

Learn how to best use this tool

This form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements.

To report other policy violations or forms of abuse, contact us.

You can now view the history of your reported violations and their status on the Submission history page.

**Searching:** ?

amazon.com | B077C4861D | Search -OR- Upload image or logo

**Report 1 selected:** Select issue type

| | ASIN | Main image | Product name | Product brand name | Avg. customer rating |
|---|---|---|---|---|---|
| ☑ | B077C4861D |  | Truss Net Hair Mask Anti Frizz Intensive Repair | TRUSS | 1619 |

ⓘ The entire selected ASIN and all associated offers will be reported.

Conditions of Use

FEEDBACK

# Exhibit 12

Amazon

brandregistry.amazon.com/brand/report-a-violation?ref=brnav_to_rav

Incognito Update

amazon Manage Protect Monitor Support English Help | Settings

# Report a violation

Learn how to best use this tool

This form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements.

To report other policy violations or forms of abuse, contact us.

You can now view the history of your reported violations and their status on the Submission history page.

Searching: ?

amazon.com | B077C4861D | Search -OR- Upload image or logo

Report 1 selected: Select issue type

| | ASIN | Main image | Product name | Product brand name | Avg. customer rating |
|---|---|---|---|---|---|
| ☐ | B077C4861D |  | Truss Net Hair Mask Anti Frizz Intensive Repair | TRUSS | 1619 |

Show all images (7)

Show offers (2)

| | Sold by | Condition | Ships from | Price |
|---|---|---|---|---|
| ☐ | SBT Supply | New | NJ, US | $42.00 + $0.00 |
| ☑ | LY Berditchev Co. | New | NJ, US | $41.97 + $0.00 |

Conditions of Use

FEEDBACK

# Exhibit 13

Manage Protect Monitor Support

English

Help | Settings

# Report a violation

Learn how to best use this tool

**Report summary**

**Issue type:** Trademark infringement

**Amazon store:** amazon.com

**Content type(s) selected**

**Complete ASIN(s):** 1 on 1 ASIN(s)

**Additional Information**

**What best describes your issue?**

- A product detail page is unlawfully using my trademark (e.g. in product title, product images, product description).
- A product or its packaging has my trademark on it.
- A product is counterfeit

Back Submit

FEEDBACK

Conditions of Use

# Exhibit 14

Manage Protect Monitor Support

English

Help | Settings

# Report a violation

Learn how to best use this tool

## Report summary

**Issue type:** Trademark infringement

**Amazon store:** amazon.com

**Content type(s) selected**

**Offer(s):** 1 on 1 ASIN(s)

Amazon respects a manufacturer's right to enter into distribution agreements for its products. However, violations of such agreements do not constitute intellectual property infringement, and should not be reported through the Report a violation tool.

## Additional Information

**What best describes your issue?** Why can't I select some of the options below?

- A product detail page is unlawfully using my trademark (e.g. in product title, product images, product description).
- A product or its packaging has my trademark on it.
- A product is counterfeit

Back Submit

FEEDBACK

Conditions of Use

# Exhibit 15

Amazon

brandregistry.amazon.com/brand/report-a-violation?ref=brnav_to_rav

Incognito Update

amazon Manage Protect Monitor Support

English Help | Settings

# Report a violation

Learn how to best use this tool

## Report summary

**Issue type:** Trademark infringement

**Amazon store:** amazon.com

**Content type(s) selected**

**Offer(s):** 1 on 1 ASIN(s)

Amazon respects a manufacturer's right to enter into distribution agreements for its products. However, violations of such agreements do not constitute intellectual property infringement, and should not be reported through the Report a violation tool.

## Additional Information

**What best describes your issue?** Why can't I select some of the options below?

- A product detail page is unlawfully using my trademark (e.g. in product title,
- A product or its packaging has my trademark on it.
- A product is counterfeit

This type of infringement is disabled based on the types of selected items (e.g., ASIN, offer, image). Update your selection to proceed with your report.

Learn more about Amazon's Intellectual Property Policy.

Back Submit

Conditions of Use

https://brandregistry.amazon.com/gp/help/help.html?itemID=202132860