

Mark J. Semeraro, Esq.†
R. Scott Fahrney, Esq.
Dustin F. Glass, Esq.

Stephen G. Piccininni, Esq.
Megan H. McMurtrie, Esq.

Richard A. Herman, Esq., *Of Counsel*

†Licensed in NY

155 Route 46, Suite 108
Wayne, New Jersey 07470
Telephone: 973-988-5070
Facsimile: 973-988-5533

90 E. Halsey Road, Suite 333
Parsippany, New Jersey 07054
Telephone: 973-988-5070

225 West 35th Street, 5th Floor,
New York, New York 10001

Reply to:
R. Scott Fahrney, Esq.
sfahrney@semerarolaw.com
Direct Dial: 973-988-5886

October 29, 2025

**Via ECF**
Hon. Cari Fais, U.S.M.J.
United States Magistrate Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    **LY BERDITCHEV CORP., v. TRUSS COSMETICS CORP et al.,**
            **Docket No.: 2:22-CV-04242-BRM-CF**

Dear Judge Fais;

      As you are aware, this office represents the Defendants with regard to the above captioned matter. Pursuant to the Court's Scheduling Docket, the Parties are required to submit a Joint Pre Trial Order to chambers by October 28, 2025.

      I write to formalize the request made by Plaintiff's Counsel on October 28, 2025 that Your Honor extend the deadline for submission of the Joint Pre-Trial Order. The parties have continued to engage in those settlement discussions, but require additional time to determine whether they are able to agree on a resolution of this matter. Accordingly, the parties respectfully request an additional extension of time until November 6, 2025 to submit their revised joint final pretrial order, in the event that they are unable to reach settlement before that time.

      I thank you for your time and attention to this matter. Should Your Honor have any questions or concerns, please do not hesitate to have a member of your staff contact our office.

                                      Respectfully Submitted,

                                      R. Scott Fahrney, Esq.,

Cc:
All Counsel (via ECF)