SEMERARO & FAHRNEY LLC
ATTORNEYS AT LAW

Mark J. Semeraro †
R. Scott Fahrney
Gregory K. Asadurian

Sean M. Kiley †
Stephen G. Piccininni
Megan H. McMurtrie
Samantha L. Giblin †

Richard A. Herman, *Of Counsel*
Scott L. Carlson, *Of Counsel*

†Licensed in NY

155 Route 46, Suite 108
Wayne, New Jersey 07470

Telephone: 973-988-5070
Facsimile: 973-988-5533

90 E. Halsey Road, Suite 333
Parsippany, New Jersey 07054
Telephone: 973-988-5070

225 West 35th Street, 5th Floor
New York, New York 10001

Reply to:
R. Scott Fahrney, Esq.
sfahrney@semerarolaw.com
Direct Dial: 973-988-5886

May 19, 2026

**Via ECF**
Hon. Cari Fais, U.S.M.J.
United States Magistrate Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: LY BERDITCHEV CORP., v. TRUSS COSMETICS CORP et al.,**
**Docket No.: 2:22-CV-04242-BRM-CF**

Dear Judge Fais;

As Your Honor is aware, this office represents the Defendants with regard to the above captioned matter. I regretfully write to inform the Court and Counsel that Lance G. Johnson, Esq., pro hac vice counsel for Defendant Truss Cosmetics Corp., suddenly passed away over the weekend.

I further write to respectfully request, due to the nature of this matter, that Your Honor stay this case and all pending deadlines for sixty (60) days while Defendants seek and secure new lead trial counsel. I will, however, still be in attendance for the deposition of Mr. Segall and continue to represent Defendant's interests.

I thank you for your time and attention to this matter. Should Your Honor have any questions or concerns, please do not hesitate to have a member of your staff contact our office.

Respectfully Submitted,

R. Scott Fahrney, Esq.,

Cc:
All Counsel (via ECF)