Outside General Counsel Solutions
ogcsolutions.com

1 Gatehall Drive, Suite 100 | Parsippany, NJ 07054
201.712.1616 voice | 201.712.9444 facsimile

450 Seventh Avenue, Suite 2205 | New York, NY 10123
212.972.0786 voice | 201.712.9444 facsimile

STEVEN C. DEPALMA
ATTORNEY-AT-LAW
SDEPALMA@OGCSOLUTIONS.COM

June 22, 2026

**Via e-Courts**
The Honorable Cari Fais, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Newark, New Jersey 07102

**Re: Re: LY Berditchev Corp. v. Truss Cosmetics Corp. et al.**
**Case No.: No. 2:22-cv-04242-BRM-CF**

Dear Judge Fais:

Pursuant to the Court's Text Order of May 20, 2026, counsel for Plaintiff and for non-party Robert Segall respectfully submit this joint status update. On June 18, 2026, Chief Magistrate Judge William Matthewman entered an Order in the Southern District of Florida (Misc. Case No. 9:26-mc-80595-DMM) setting the following briefing schedule and hearing date: Plaintiff's opposition is due July 2, 2026, Mr. Segall's reply, if any, is due July 17, 2026, and the hearing is scheduled for July 27, 2026 at 1:00 p.m. via Zoom.

The Southern District of Florida has directed the parties to continue conferring in good faith in an effort to resolve the discovery dispute without the need for a hearing.

The parties will promptly advise both Courts of any resolution.

Respectfully submitted,

*/s/ Steven C. DePalma*
Steven C. DePalma, Esq.

OGC Solutions LLP
Counsel for Non-Party Robert Segall

*/s/ Mark Berkowitz*
Mark Berkowitz, Esq.
Tarter Krinsky & Drogin LLP
Counsel for Plaintiff LY Berditchev Corp.cc: All Counsel of Record via ECF