| | |
|---|---|
| LY BERDITCHEV CORP.,<br><br>*Plaintiff,*<br><br>v.<br>TRUSS COSMETICS CORP., et al.,<br><br>*Defendants.* | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO. 22-CV-4242 (BRM/CF)<br><br>CIVIL ACTION |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

**IT IS,** on this 1st day of October, 2026, upon consideration of the Motion for Admission *pro hac vice*, (Dkt. No. 117), hereby

**ORDERED** that the Motion, (Dkt. No. 117), is **GRANTED**; and it is further

**ORDERED** that Morgan T. Nickerson, Esquire, of K&L Gates LLP, is hereby admitted *pro hac vice* for purposes of the matter captioned above; and it is further

**ORDERED** that Morgan T. Nickerson, Esquire, admitted *pro hac vice* by virtue of this Order, shall abide by all rules of this Court, including all disciplinary rules, the Federal Rules of Civil Procedure, the Local Rules, and any special Rules of the Chambers of the District Judge or Magistrate Judge before whom the attorney is appearing; and it is further

**ORDERED** that Morgan T. Nickerson, Esquire, shall notify the Court immediately of any matter affecting his standing at the bar of any court; and it is further

**ORDERED** that Morgan T. Nickerson, Esquire, shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1 :28-2(a), shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101(c)(3), and shall provide a copy of this Order to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a); and it is further

**ORDERED** that Morgan T. Nickerson, Esquire, shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in this Court, who shall be held responsible for him and the conduct of the cause and of the admitted attorney herein.

**SO ORDERED.**

*/s/ Cari Fais*
HON. CARI FAIS, U.S.M.J.